## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO.  1:20-CV-01211** |
| **VERSUS** | **JUDGE JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### MINUTES OF COURT:
**Scheduling Conference**

| | | | |
|---|---|---|---|
| Date: | February 10, 2021 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 3:15 p.m. | Court Reporter: | Zoom Recording |
| **Statistical Time:** | **00:15** | Courtroom: | Video Conference |

### APPEARANCES

| | | |
|---|---|---|
| Emily Westermeier, by video | For | Waylon Bailey, Plaintiff |
| Eli Meaux, by video | For | Randell Iles, Defendants, et al |

### PROCEEDINGS

Scheduling Conference **Held.**

### RULING/COMMENTS:
A **THREE-DAY** jury trial, 2nd setting, is scheduled for May 9, 2022 at 9:00 a.m.  A pretrial conference is set for April 19, 2022 at 11:00 a.m. in chambers.