# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MINUTES OF COURT:
### Telephone Conference

| | | | |
|---|---|---|---|
| Date: | May 3, 2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 3:50 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:57 PM | Courtroom: | Telephone |
| Statistical Time: | 7 Minutes | | |

## APPEARANCES

| | | | |
|---|---|---|---|
| Garret Scott DeReus | | For | Waylon Bailey, Plaintiff |
| H Bradford Calvit | | For | Randell Iles, Defendant |
| | | For | Mark Wood, Defendant |

## PROCEEDINGS

A Telephone Conference was held May 3, 2022.

The Court discussed issues regarding [20] Motion for Summary Judgment.

Judge Joseph advised that he was serving as US Attorney during the time in which this event took place and that any contact between Rapides Sheriff's Department and the FBI pertaining to the underlying arrest may have come to his attention. Judge Joseph further advised that he has no recollection of the incident or of any related contact between himself and the FBI. Court directed that if any party believes this provides reason for recusal to so advise the Court. Counsel both advised that they do not see any reason for recusal, but attorney for Plaintiff advised that he needed to consult with his client.