**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**STATUS CONFERENCE**

| | | | |
|---|---|---|---|
| Date: | December 6, 2023 | Presiding: | Judge David C. Joseph |
| Court Opened: | 3:00 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:13 PM | | |
| Statistical Time: | 13 Minutes | Courtroom: | Telephone |

**APPEARANCES**

| | | |
|---|---|---|
| Garret Scott DeReus | For | Waylon Bailey, Plaintiff |
| Andrew David Bizer | For | Waylon Bailey, Plaintiff |
| H Bradford Calvit | For | Randell Iles, All Defendants |
| Eli Jules Meaux | For | Randell Iles, All Defendants |

**PROCEEDINGS**

At the request of counsel, the Court held a telephone status conference to discuss clarification of the effect of the appellate court ruling on the facts and law at issue in the jury trial. [Doc. 41].

After discussion, the Court will allow Plaintiff to submit position/memorandum briefing on or before 12/15/2023.  Response briefing by Defendants due on or before December 22, 2023.

Pretrial Conference remains set for 12/29/2023 at 10:00 a.m. in Chambers in Lafayette.
Jury trial remains set for January 22, 2024, at 9:00 a.m. in Alexandria, LA.