## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

WAYLON BAILEY,

              Plaintiff,

v.

RANDELL ILES, in his individual capacity; and
SHERIFF MARK WOOD, in his official
capacity as a public entity;

              Defendants.

CIVIL ACTION NO. 1:20-cv-01211

JUDGE DAVID C. JOSEPH

MAG. JUDGE PEREZ-MONTES

### <u>JOINT AFFIRMATION OF SETTLEMENT EFFORTS</u>

Now comes counsel for the parties, Garret S. DeReus for Plaintiff and Bradford Calvit for Defendants, who provide the following statement of their settlement efforts:

1.      Pursuant to the Court's Amended Scheduling Order dated November 27, 2023, the parties are required to submit an affirmation of settlement efforts by December 22, 2023. *See* R. Doc. 42.

2.      The parties are scheduled to conduct a mediation before Magistrate Judge Kayla D. McClusky on Wednesday, January 3, 2024. All parties and their counsel will conduct said mediation in good faith with the aim of amicably resolving this matter.

[Signature blocks on following page]

1

Respectfully Submitted,

/s/ Garret S. DeReus _____
BIZER & DEREUS, LLC
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
*Attorneys for Plaintiff*

---

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on December 21, 2023, by ECF filing.

By:/s/ Garret S. DeReus _____
**Garret S. DeReus**

---

**And**

/s/ H. Bradford Calvit _____
H. Bradford Calvit
Eli J. Meaux
bcalvit@provosty.com
Provosty, Sadler & deLaunay, APC
934 Third Street, Ste. 800
P.O. Box 13530
Alexandria, LA 71315-3530
*Attorneys for Defendants*
T : 318-767-3133 ; F: 318-445-9377