## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

WAYLON BAILEY,

              Plaintiff,

v.

RANDELL ILES, in his individual capacity; and
SHERIFF MARK WOOD, in his official
capacity as a public entity;

              Defendants.

CIVIL ACTION NO. 1:20-cv-01211

JUDGE DAVID C. JOSEPH

MAG. JUDGE PEREZ-MONTES

### *EX PARTE* MOTION FOR REFERRAL ORDER FOR LIMITED PURPOSE OF MEDIATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, who respectfully requests that the Court issue an Order referring this case to Magistrate Judge Kayla D. McClusky for the limited purpose of a mediation. Judge McClusky has been contacted and has agreed to host the parties for a settlement conference on Wednesday, January 3, 2024.

The parties wish to hold a settlement conference before the jury trial currently scheduled to begin on January 22, 2024.  The parties initially contacted Magistrate Judge Perez-Montes to schedule a settlement conference, but were told that Judge Perez-Montes did not have any dates available for a conference prior to the start of the jury trial.

The parties then contacted Magistrate Judge McClusky to inquire about her hosting a settlement conference. Judge McClusky agreed to host the mediation, and all parties are available for a settlement conference on January 3, 2024.  Magistrate Judge McClusky informed the parties that once an Order referring the case for the limited purpose of mediation is issued, then Magistrate Judge McClusky will issue a Settlement Conference Order with specific details for the conference.

1

Accordingly, for these reasons, and in the interests of justice, Plaintiff respectfully requests that this Court issue and Order referring the case to Magistrate Judge Kayla D. McClusky for the limited purpose of mediation.

Respectfully Submitted,

/s/ Garrest S. DeReus
BIZER & DEREUS, LLC
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Annika Mengisen (LA # 35524)
annika@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on December 21, 2023, by ECF filing.

By:/s/ Garret S. DeReus
**Garret S. DeReus**

---