UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WAYLON BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>RANDELL ILES, in his individual capacity; and SHERIFF MARK WOOD, in his official capacity as a public entity;<br><br>    Defendants. | CIVIL ACTION NO. 1:20-cv-01211<br><br>JUDGE DAVID C. JOSEPH<br><br>MAG. JUDGE PEREZ-MONTES |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Referral Order for Limited Purpose of Mediation, and the representations contained therein:

**IT IS ORDERED THAT** the Motion is **GRANTED**. The above-referenced matter is hereby referred to Magistrate Judge Kayla D. McClasky for the limited purpose of mediation, which shall occur on January 3, 2024.

**ORDERED** in Lafayette, Louisiana, this 22nd day of December, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE