UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE #: 1:20-CV-01211-DCJ-JPM** |
| **V.** | **JUDGE DAVID C JOSEPH** |
| **RANDELL ILES, IN HIS INDIVIDUAL CAPACITY AND SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY AS A PUBLIC ENTITY** | **MAGISTRATE JUDGE JOSEPH PEREZ-MONTES** |

### EXPEDITED MOTION TO CONTINUE PRETRIAL CONFERENCE AND HEARING ON MOTION IN LIMINE

NOW INTO COURT, come Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, who respectfully submit the following:

1.

On December 22, 2023 the PreTrial Conference and the hearing on the Motion in Limine was rescheduled from December 29, 2023 until January 5, 2024. [Doc 51].

2.

Counsel for Defendants seeks a continuance of the PreTrial Conference and Motion in Limine hearing due to his need to attend his son's rehearsal and rehearsal dinner on January 5, 2024 beginning at 6:00 p.m. in Baton Rouge.

3.

Accordingly, counsel for Defendants is requesting that the Motion in Limine hearing and PreTrial Conference be rescheduled to January 9th, 11th or 12th of 2024.

4.

Plaintiff's counsel has agreed to the rescheduling of the Motion in Limine hearing and

PreTrial Conference on any of the three dates but has a strong preference for resetting to either January 9th or 11th of 2024.

5.

This matter is also scheduled for a Settlement Conference on January 3, 2024 before Magistrate Judge Kayla McClusky. If settlement is reached then the Motion in Limine hearing date and PreTrial Conference will be mooted.

WHEREFORE, Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, pray that this Motion be granted and that the Motion in Limine hearing and PreTrial Conference be reset to January 9th, 11th or 12th of 2024.

Respectfully Submitted:

By:/s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
ELI J. MEAUX (#33981)
emeaux@provosty.com
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3133   F: 318/767-9588
ATTORNEYS FOR DEFENDANT,
SHERIFF MARK WOOD,
IN HIS OFFICIAL CAPACITY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December, 2023, I electronically filed the foregoing EXPEDITED MOTION TO CONTINUE PRETRIAL CONFERENCE AND HEARING ON MOTION IN LIMINE with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Garret Scott DeReus
Bizer & DeReus
3319 St Claude Ave
New Orleans, LA 70117
P: 504-619-9999  F: 504-948-9996
Email: gdereus@bizerlaw.com

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail to the following non-CM/ECF participants: NONE

/s/ H. Bradford Calvit
H. BRADFORD CALVIT