UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE #: 1:20-CV-01211-DCJ-JPM** |
| **V.** | **JUDGE DAVID C JOSEPH** |
| **RANDELL ILES,<br>IN HIS INDIVIDUAL CAPACITY<br>AND SHERIFF MARK WOOD,<br>IN HIS OFFICIAL CAPACITY<br>AS A PUBLIC ENTITY** | **MAGISTRATE JUDGE JOSEPH PEREZ-MONTES** |

## ORDER

Considering the foregoing Expedited Motion to Continue the Motion in Limine hearing and PreTrial Conference,

**IT IS HEREBY ORDERED** that the Motion in Limine hearing and PreTrial Conference be continued from January 5, 2024 and reset to January _____, 2024 at _____ a.m./p.m.

**THUS DONE AND SIGNED** at _____, Louisiana, this _____ day of _____, 202__.

_____
**HONORABLE DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE**