UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE #: 1:20-CV-01211-DCJ-JPM** |
| **V.** | **JUDGE DAVID C JOSEPH** |
| **RANDELL ILES, IN HIS INDIVIDUAL CAPACITY AND SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY AS A PUBLIC ENTITY** | **MAGISTRATE JUDGE JOSEPH PEREZ-MONTES** |

### ORDER

Considering the foregoing Expedited Motion to Continue the Motion in Limine hearing and PreTrial Conference,

**IT IS HEREBY ORDERED** that the Motion in Limine hearing and PreTrial Conference be continued from January 5, 2024 and reset to January __12th__, 2024 at __2:00__ a.m./p.m.

**THUS DONE AND SIGNED** at __Lafayette__, Louisiana, this __3rd__ day of __January__, 202_4_.

_____
HONORABLE DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE