**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO.  1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Motion Hearing \ Pretrial Conference**

| | | | |
|---|---|---|---|
| Date: | Jan. 17, 2024 | Presiding: Judge David C. Joseph | |
| Court Opened: | 3:00 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:33 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 33 Minutes | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| Garret Scott DeReus | For | Waylon Bailey, Plaintiff |
| H Bradford Calvit | For | Randell Iles, All Defendants |
| Eli Jules Meaux | For | Randell Iles, All Defendants |

**PROCEEDINGS**

Case called for motion hearing and pretrial conference.

After discussion regarding the Fifth Circuit Court of Appeals Judgment/Mandate [Doc. 41], the Court ORDERED counsel to be prepared to try the entirety of the case.

After considering oral argument, motion and memoranda submitted, as well as the applicable law, the Court GRANTED IN PART and DENIED IN PART [46] Motion in Limine by Waylon Bailey, for the reasons stated on the record.

**Pretrial Conference:**
Jury trial remains set for Monday, January 22, 2024, at 9:00 a.m. in Alexandria, LA. Juror questionnaires will be emailed to all counsel on Friday, January 19, 2024.  The Court will conduct initial *voir dire*.  Each party will be allowed ten (10) minutes for additional questioning.  Each party will have twenty (20) minutes for opening statements and thirty (30) minutes for closing statements.  The Court will set aside two (2) days for trial.  The Court will seat eight (8) jurors to try the case.