# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MINUTES OF COURT:
### Jury Trial

| | | | |
|---|---|---|---|
| Date: | January 22, 2024 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 4:20 p.m. | Court Reporter: | Cathleen Marquardt |
| **Statistical Time:** | **5:05** | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | | |
|---|---|---|---|
| Garret Scott DeReus, Andrew Bizer | For | Waylon Bailey, Plaintiff |
| H Bradford Calvit, Eli Meaux | For | Randell Iles, Defendants et al |

## PROCEEDINGS

Jury Selection/Jury Trial Day **ONE**
Opening Statement - Plaintiff
Opening Statement - Defendants
Testimony & evidence for the Plaintiff, concluded

## RULINGS/COMMENTS:

The case laid over to the following day at **9:00 a.m.** Counsel to appear at **8:45 a.m.** for a charging conference.