# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MINUTES OF COURT:
### Jury Trial

| | | | |
|---|---|---|---|
| Date: | January 22, 2024 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:08 a.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | Cathleen Marquardt |
| **Statistical Time:** | **3:46** | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Garret Scott DeReus, Andrew Bizer | For | Waylon Bailey, Plaintiff |
| H Bradford Calvit, Eli Meaux | For | Randell Iles, Defendants et al |

## PROCEEDINGS

Jury Selection/Jury Trial Day **TWO**
Testimony & evidence for the defendant, concluded
Rebuttal testimony & evidence, concluded
Plaintiff Closing Argument
Defendant Closing Argument
Jury Charged
Jury Deliberations Began 12:36 p.m.
Jury Verdict returned 2:17 p.m.
Jury Verdict in favor of Plaintiff
Jury Polled

**FILINGS:**
Preemptory Challenges
Witness List
Exhibit List
Jury Instructions
Jury Verdict

**RULINGS/COMMENTS:**
A charge conference was held with the parties.  Defendants' Oral Rule 50(a) Judgment as a Matter of Law motion, **DENIED**.  Plaintiff's Oral Rule 50(a) Judgment as a Matter of Law motion, **DENIED**.

The Court ORDERED that the Clerk of Court provide the jury with a meal.