**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**WAYLON BAILEY**                                **CASE NO.  1:20-CV-01211**

**VERSUS**                                              **JUDGE DAVID C. JOSEPH**

**RANDELL ILES ET AL**                        **MAGISTRATE JUDGE PEREZ-MONTES**

<u>**EXHIBIT LIST**</u>
<u>**JURY TRIAL  1/22/24**</u>

**PARTY: PLAINTIFF**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 1 | Facebook post by Mr. Matthew Merlens | 01/22/24 | 01/22/24 | 01/22/24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| WAYLON BAILEY | CASE NO.  1:20-CV-01211 |
|---|---|
| VERSUS | JUDGE DAVID C. JOSEPH |
| RANDELL ILES ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

**EXHIBIT LIST**
**(contains manual exhibits)**
**JURY TRIAL  1/22/24**

**PARTY: JOINT**

| EXHIBIT NUMBER | | | | | D &... |
|---|---|---|---|---|---|
| 1 in globo | Mr. Bailey's Medical Records from Dr. Broussard | 1/22/24 | 1/22/24 | 1/22/24 | |
| 2 | 4 news articles on the arrest of Mr. Bailey | 1/22/24 | 1/22/24 | 1/22/24 | |
| 3 | Facebook post by Rapides Parish Sheriff's Office concerning the arrest of Mr. Bailey | 1/22/24 | 1/22/24 | 1/22/24 | |
| 4 | Waylon Bailey recorded statement (manual attachment) | 1/22/24 | 1/22/24 | 1/22/24 | |
| 5 | 3-page Rapides Parish Sheriff's Office Report | 1/22/24 | 1/22/24 | 1/22/24 | |
| 6 | Booking Card | 1/23/24 | 1/23/24 | 1/23/24 | |
| 7 | 4-page capture of Mr. Bailey's Facebook post by Detective Iles | 1/22/24 | 1/22/24 | 1/22/24 | |
| 8 | Rapides Parish Sheriff's Department Arrest/Booking Sheet | 1/23/24 | 1/23/24 | 1/23/24 | |
| 9 | Affidavit of Probable Cause for Arrest without a Warrant | 1/22/24 | 1/22/24 | 1/22/24 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |