

P.1 _01

