BAILEY, Waylon A ███████████████████████████    **DOS:** 03/31/2020



**Bailey, Waylon A**

**27 Y old Male,**

Guarantor: Bailey, Waylon A    Insurance:
HEALTH PLAN Payer ID:
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

---

**03/31/2020**                    **TELEHEALTH VISIT : BLAINE M. BROUSSARD, MD**

**Current Medications**
Taking
- Adderall 30 MG Tablet 1 tablet Orally Twice a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day

**Past Medical History**
Attention deficit disorder.
Depression.

**Surgical History**
hand surgery

**Family History**
none.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current some day smoker*

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
Headache denies.  Sleep disturbance admits, wakes up frequently at night.
Cardiovascular:
Chest pain denies.
Palpitations denies.
Respiratory:
Cough denies.  Shortness of

**Reason for Appointment**
1. I phone ██████████

**History of Present Illness**
Constitutional:
Waylon has a telehealth visit today d/t concerns with anxiety, irritability, poor sleep, and feeling tearful and depressed for 1 week. He was arrested 1 week ago d/t a social media post that had gone viral. Since then he has felt disconnected and isolated. He is waking often despite the trazodone. He is fearful of the unknown because he will now have to proceed with court hearings and so on. He denies suicidal or homicidal ideations.
He is also complaining of shoulder pain and numbness and tingling going down his left arm after being handcuffed for approximately 4 hours.
Unable to obtain vital signs d/t not having BP cuff at home.

**Examination**
General Examination:
GENERAL APPEARANCE: alert, well hydrated, in no distress , cooperative.
HEAD: normocephalic, atraumatic.
EYES: BOTH EYES, normal, conjunctiva clear.
NOSE: nares patent.
PSYCH: alert, cooperative with exam, good eye contact, anxious appearing.

**Assessments**
1. Situational mixed anxiety and depressive disorder - F43.23
2. Pinched nerve in shoulder - G56.80 (Primary)

**Treatment**
**1. Pinched nerve in shoulder**
Start Gabapentin Capsule, 100 MG, 1 capsule, Orally, Once a day, 30 day(s), 30

**2. Situational mixed anxiety and depressive disorder**
Start Venlafaxine HCl Tablet, 37.5 MG, 1 tablet with food, Orally, Once a day, 30 day(s), 30
Referral To:Kim Rivers
Reason:

**3. Others**
Clinical Notes: I have read and agree with documentation by Kayla Dunn, FNP.

---

Progress Note: BLAINE M. BROUSSARD, MD   03/31/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

J.1 _01

BAILEY, Waylon A **DOB:** ███████████████ **DOS:** 03/31/2020

breath at rest denies.

Gastrointestinal:
    Abdominal pain denies. Nausea denies.

Musculoskeletal:
    Joint pain admits, left shoulder.

Neurologic:
    Tingling/Numbness admits, left arm and hand/fingers.

Psychiatric:
    Anxiety admits. Depressed mood admits. Difficulty sleeping admits, that is waking frequently. Stressors admits.

**Follow Up**
4 Weeks

**Electronically signed by BLAINE BROUSSARD , MD on 04/06/2020 at 09:24 AM CDT**

**Sign off status: Completed**

**FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.**
**1337 CENTRE CT**
**ALEXANDRIA, LA 71301-3405**
**Tel: 318-445-9331**
**Fax: 318-619-6899**

Progress Note: BLAINE M. BROUSSARD, MD    03/31/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A DOB: ████████████ DOS: 05/21/2021

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

██████████████

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | | |
|---|---|---|
| Answered by | Smith, Lindsey | Date: 05/21/2021 |
| | | Time: 08:09 AM |
| Caller | Waylon Bailey | |
| Reason | Appointment change script pick up | |
| Message | Addressed To BROUSSARD,BLAINE<br>Good morning! I was just wanting to request to pick up my prescription today an also reschedule my appointment for the 24th, I'll be okay of town from 22 through the 29 so anytime after that works good whatever's convenient for y'all. Thank you! | |
| Refills | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

## eMessages

| | |
|---|---|
| From: | Smith,Lindsey |
| Created: | 2021-05-21 09:09:32 |
| Sent: | |
| Subject: | RE:Appointment change script pick up |
| Message: | Script will be ready after lunch |

Provider: BROUSSARD, BLAINE M    05/21/2021

*This form was by a ClinicalWorks EHR/PM Software from eClinicalWorks.com.*

BAILEY, Waylon A DOB: ███████████    DOS: 04/20/2021

**F CIM**
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████████
Provider: BROUSSARD, BLAINE M

Web Encounter

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 04/20/2021 |
| | | Time: 12:36 PM |
| **Caller** | Waylon Bailey | |
| **Reason** | Medication pick up | |
| **Message** | Addressed To BROUSSARD,BLAINE | |
| | Just checking in to see if I could pick up my prescription today, thank you! | |
| **Refills** | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

Provider: BROUSSARD, BLAINE M   04/20/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

J.1 _04

BAILEY, Waylon A DOB: ▓▓▓▓▓▓▓▓ DOS: 03/22/2021

**F CIM**
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

▓▓▓▓▓▓▓▓▓▓

Provider: Dunn, NP, Kayla

| | |
|---|---|
| Web Encounter | |
| Answered by | Smith, Lindsey |
| | Date: 03/22/2021 |
| | Time: 09:22 AM |
| Caller | null null |
| Reason | Medication pick up and urologist referral |
| Message | Addressed To BROUSSARD,BLAINE |
| | Good morning I was just requesting my adderal pick up and the urologist referral if that's ready. Thank you! |
| Refills | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 |

### eMessages

| | |
|---|---|
| From: | Smith,Lindsey |
| Created: | 2021-03-22 09:40:00 |
| Sent: | |
| Subject: | RE:Medication pick up and urologist referral |
| Message: | Will be ready this afternoon. Also Referral was sent to Dr. Holstead @ Cabrini. You should be hearing from them this week. If you done- let us know ! |

Provider: Dunn, NP, Kayla   03/22/2021

Note generated by e-ClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BAILEY, Waylon A DOB: ███████████ DOS: 01/22/2021

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | |
|---|---|
| **Answered by** | Smith, Lindsey |

Date: 01/22/2021
Time: 12:35 PM

| | |
|---|---|
| **Caller** | Waylon Bailey |
| **Reason** | New Refill Request |
| **Message** | Addressed To BROUSSARD, BLAINE M<br>***Start of Medication List: ***<br>Adderall<br>30 MG<br>1 tablet<br>Twice a day<br>***End of Med List ***<br>Comment : |
| **Refills** | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 |

Provider: BROUSSARD, BLAINE M   01/22/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BAILEY, Waylon A DOB: █████████████    DOS: 12/21/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

Provider: BROUSSARD, BLAINE M

Web Encounter

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | |
| | | Date: 12/21/2020 |
| | | Time: 12:04 PM |
| **Caller** | Waylon Bailey | |
| **Reason** | Medication pick up | |
| **Message** | Addressed To BROUSSARD, BLAINE M | |
| | Just calling in to pick up my prescription of adderal today. Thank you!! | |
| **Refills** | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

Provider: BROUSSARD, BLAINE M    12/21/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

J.1 _07

BAILEY, Waylon A DOB: ▮▮▮▮▮▮▮▮  DOS: 11/23/2020

# F CIM
## FREEDMAN CLINIC INTERNAL MEDICINE.

Bailey, Waylon A

▮▮▮▮▮▮▮▮

Provider: BROUSSARD, BLAINE M

Web Encounter

| | | |
|---|---|---|
| Answered by | Smith, Lindsey | Date: 11/23/2020 |
| | | Time: 11:58 AM |
| Caller | Waylon Bailey | |
| Reason | Medication pick up | |
| Message | Addressed To BROUSSARD, BLAINE M | |
| | Just checking in to pick up my adderal script if possible today thank you | |
| Refills | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

### eMessages

| | |
|---|---|
| From: | Smith,Lindsey |
| Created: | 2020-11-23 12:14:48 |
| Sent: | 2020-11-23 12:15:00 |
| Subject: | RE:Medication pick up |
| Message: | We will get it ready. |

Provider: BROUSSARD, BLAINE M   11/23/2020

BAILEY, Waylon A DOB: ███████████████  DOS: 11/23/2020

Bailey, Waylon A

**F CIM**
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Provider: Marcotte, NP, Bridgette Chenevert, NP

Web Encounter

| | | |
|---|---|---|
| Answered by | Marcotte, NP, Bridgette Chenevert | Date: 11/23/2020 |
| | | Time: 09:06 AM |
| Caller | Waylon Bailey | |
| Reason | Medication pick up | |
| Message | Addressed To Marcotte, NP, Bridgette Chenevert | |
| | Just checking in to see if I can pick up my adderal prescription today, thank you! | |
| Action Taken | Marcotte, NP,Bridgette Chenevert, NP 11/23/2020 01:23:23 PM > Yes.  I will get it ready | |

eMessages

| | |
|---|---|
| From: | Marcotte, NP,Bridgette |
| Created: | 2020-11-23 01:23:41 |
| Sent: | |
| Message: | Yes I will get it ready |

Provider: Marcotte, NP, Bridgette Chenevert, NP   11/23/2020

BAILEY, Waylon A DOB: █████████████  DOS: 10/21/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████

Provider: Marcotte, NP, Bridgette Chenevert, NP

**Web Encounter**

| | | |
|---|---|---|
| Answered by | Smith, Lindsey | Date: 10/21/2020 |
| | | Time: 10:57 AM |
| Caller | Waylon Bailey | |
| Reason | Medication pick up | |
| Message | Addressed To BROUSSARD, BLAINE M | |
| | Just checking in to see if I could pick up my 30mg aderall prescription this afternoon | |
| Refills | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

**eMessages**

| | |
|---|---|
| From: | Smith,Lindsey |
| Created: | 2020-10-21 11:02:44 |
| Sent: | 2020-10-21 11:03:00 |
| Subject: | RE:Medication pick up |
| Message: | OKAY |

Provider: Marcotte, NP, Bridgette Chenevert, NP   10/21/2020

Note generated by eCareNotes EMR/PM Software (www.eHracsolutions.com)

J.1 _10

BAILEY, Waylon A **DOB:** ██████████████  **DOS:** 09/21/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████

Provider: BROUSSARD, BLAINE M

Web Encounter

| | | |
|---|---|---|
| Answered by | Smith, Lindsey | |
| | | Date: 09/21/2020 |
| | | Time: 11:36 AM |
| Caller | Waylon Bailey | |
| Reason | Medication pick up | |
| Message | Addressed To BROUSSARD, BLAINE M | |
| | Just checking in to see if I could pick up my adderal prescription today, thank you! | |
| Refills | Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0 | |

## eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2020-09-21 11:47:04 |
| **Sent:** | 2020-09-21 11:47:20 |
| **Subject:** | RE:Medication pick up |
| **Message:** | you sure can |

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2020-09-21 11:47:22 |
| **Sent:** | |
| **Subject:** | RE:Medication pick up |
| **Message:** | we are at our new facility 176 versailles blvd |

Provider: BROUSSARD, BLAINE M    09/21/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BAILEY, Waylon A DOB: █████████    DOS: 09/14/2020

**F CIM**
FREEDMAN
C L I N I C
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████
Provider: Marcotte, NP, Bridgette Chenevert, NP

Web Encounter

| | | |
|---|---|---|
| Answered by | Marcotte, NP, Bridgette Chenevert | Date: 09/14/2020 |
| | | Time: 11:04 AM |
| Caller | Waylon Bailey | |
| Reason | Re: Physical form | |
| Message | Addressed To Marcotte, NP, Bridgette Chenevert FILE_5046.pdf | |
| | On Mon Sep 14 10:44:08 EDT 2020 | |
| | wrote: | |
| | Yes, we can fill it out. Send it to me or bring it to clinic | |

eMessages

| | |
|---|---|
| From: | Smith,Lindsey |
| Created: | 2020-09-14 11:51:04 |
| Sent: | |
| Subject: | RE:Re: Physical form |
| Message: | email that physical form to bmarcotte@fcimllp.com |

**Reason for Appointment**
1. Re: Physical form

Provider: Marcotte, NP, Bridgette Chenevert, NP    09/14/2020

Note generated by eClinicalWorks EHR/PM Software (www.eClinicalWorks.com)

BAILEY, Waylon A DOB: ████████████ DOS: 09/12/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████
Provider: Marcotte, NP, Bridgette Chenevert, NP

**Web Encounter**

| | |
|---|---|
| Answered by | Marcotte, NP, Bridgette Chenevert |

Date: 09/12/2020
Time: 09:24 PM

| | |
|---|---|
| Caller | Waylon Bailey |
| Reason | Physical form |
| Message | Addressed To Marcotte, NP, Bridgette Chenevert<br>Good evening, I have an athletic event coming up in the next week an I just had my check up a couple of weeks back so I was just wondering if I could possibly get a physical form approved or if I need to have one done could I schedule an appointment as soon as possible if so. Thanks a lot have a great weekend! |
| Action Taken | Marcotte, NP,Bridgette Chenevert, NP 09/14/2020 10:43:53 AM > Yes, we can fill it out.  Send it to me or bring it to clinic |

## eMessages

| | |
|---|---|
| From: | Marcotte, NP,Bridgette |
| Created: | 2020-09-14 10:44:05 |
| Sent: | 2020-09-14 10:44:08 |
| Subject: | Physical form |
| Message: | Yes, we can fill it out. Send it to me or bring it to clinic |

Provider: Marcotte, NP, Bridgette Chenevert, NP   09/12/2020

BAILEY, Waylon A DOB: ███████████  DOS: 08/20/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

Bailey, Waylon A

████████████████

Provider: Marcotte, NP, Bridgette Chenevert, NP

**Telephone Encounter**

| Answered by | Marcotte, NP, Bridgette Chenevert | Date: 08/20/2020 |
| | | Time: 10:54 AM |

**Message**        Print adderall

**Refills**        Refill Adderall Tablet, 30 MG, Orally, 60 Tablet, 1 tablet, Twice a day dx F90.9, 30 day(s), Refills=0

Provider: Marcotte, NP, Bridgette Chenevert, NP   08/20/2020

**BAILEY, Waylon A DOB:** ████████████████ **DOS:** 08/20/2020



Bailey, Waylon A

████████████████████

Guarantor: Bailey, Waylon A   Insurance: VANTAGE HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

08/20/2020                                    Progress Notes: BLAINE M. BROUSSARD, MD

### Current Medications
Taking
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Venlafaxine HCl 37.500 Tablet 1 tablet with food Orally Once a day
- Adderall 30 MG Tablet 1 tablet Orally Twice a day
Not-Taking
- Gabapentin 100 MG Capsule 1 capsule Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Attention deficit disorder. Depression.

### Surgical History
hand surgery

### Family History
none.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a  *current some day smoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems

### Reason for Appointment
1. Follow up depression, anxiety

### History of Present Illness
New/Follow-up Patient Consult:
    Waylon is here today for follow up for anxiety, depression, ADD. He reports anxiety and depression have been better. He is taking the venlafaxine and adderall without side effects.
    He is taking the trazodone for sleep, which helps.
    Reports shoulder discomfort has resolved. He is no longer taking the gabapentin.
    27 year old male presents with c/o Anxiety
      Overall condition  *is improving*
    c/o Depression
      Overall condition  *is improving*
    Reports he is not taking the gabapentin. Depression and Anxiety have improved.

### Vital Signs
Ht 6 ft 2 in, Wt 262 lbs, HR 80 /min, BMI 33.64 Index, Oxygen sat % 98, Ht-cm 187.96 cm, Wt-kg 118.84 kg.

### Examination
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
    HEAD: normocephalic, atraumatic.
    EYES: BOTH EYES, normal, conjunctiva clear.
    NOSE: nares patent.
    NECK/THYROID: no adenopathy or masses, no thyromegaly.
    SKIN: normal, no rashes.
    HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
    LUNGS: clear to auscultation bilaterally, no respiratory distress.
    ABDOMEN:  bowel sounds present, soft, nontender.
    EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical.
    PERIPHERAL PULSES: normal in all 4 extremities.
    NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
    PSYCH: alert, oriented, appropriate mood and affect.

### Assessments

BAILEY, Waylon A **DOB:** ▮▮▮▮▮▮▮▮▮▮▮▮▮    **DOS:** 08/20/2020

**General/Constitutional:**
  Chills denies.
Fever denies.
**Ophthalmologic:**
  Diplopia denies.
Discharge denies.
**ENT:**
  Ear pain denies. Nasal congestion denies. Sinus drainage denies. Sore throat denies.
**Cardiovascular:**
  Chest pain denies. Dyspnea on exertion denies. Orthopnea denies. Palpitations denies. Swelling in hands/feet denies.
**Respiratory:**
  Cough denies. Dyspnea at rest denies. Wheezing denies.

**Gastrointestinal:**
  Constipation denies.
Diarrhea denies.
Nausea denies.
Vomiting denies.
**Genitourinary:**
  Blood in urine denies. Dysuria denies. Frequent urination denies.
**Musculoskeletal:**
  Joint pain denies. Joint swelling denies.
**Skin:**
  Rash denies. Skin lesion(s) denies.
**Neurologic:**
  Loss of strength denies. Seizures denies. Tingling/Numbness denies.
**Endocrine:**
  Cold intolerance denies. Heat intolerance denies.
**Hematology:**
  Bleeding problems denies. Easy bruising denies. Weight loss denies.
**Allergy/Immunology:**
  Congestion denies. Cough denies. Rash denies.

1. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2 (Primary)
2. Primary insomnia - F51.01
3. Depression - F32.9
4. Anxiety - F41.9

**Treatment**
**1. Attention deficit hyperactivity disorder (ADHD), combined type**
Refill Adderall Tablet, 30 MG, 1 tablet, Orally, Twice a day dx F90.9, 30 day(s), 60 Tablet, Refills 0

**2. Primary insomnia**
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30 Tablet, Refills 4

**3. Depression**
Refill Venlafaxine HCl Tablet, 37.500, 1 tablet with food, Orally, Once a day, 30, 30, Refills 4

**4. Others**
Clinical Notes: I have read and agree with documentation by Bridgette Marcotte, FPN.

**Follow Up**
6 Months

Electronically signed by BLAINE BROUSSARD , MD on 08/25/2020 at 01:42 PM CDT

Sign off status: Completed

Progress Note: BLAINE M. BROUSSARD, MD   08/20/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

file:///C:/Users/BRITNI~1.PAT/AppData/Local/Temp/COK23EDW.htm

5/24/2021

J.1 _16

BAILEY, Waylon A **DOB** ███████████████████  **DOS:** 07/20/2020

# F CIM

FREEDMAN
CLINIC
INTERNAL
MEDICINE

### Bailey, Waylon A

████████████████████

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 07/20/2020 |
| | | Time: 02:50 PM |

**Caller**      Waylon Bailey

**Reason**      Medication pick up

**Message**     Addressed To BROUSSARD, BLAINE M Just messaging to request a Medication pick up for my 30mg adderal. Thank you!

**Refills**     Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

---

### eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2020-07-20 15:52:01 |
| **Sent:** | 2020-07-20 15:52:12 |
| **Subject:** | RE:Medication pick up |
| **Message:** | done |

---

Provider: BROUSSARD, BLAINE M   07/20/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

`BAILEY, Waylon A` **DOB:** ██████████████████    **DOS:** 06/19/2020

# F CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

## Bailey, Waylon A

████████████████████

Provider: BROUSSARD, BLAINE M

### Web Encounter

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 06/19/2020 |
| | | Time: 03:20 PM |

**Caller**    Waylon Bailey

**Reason**    Medication pick up

**Message**   Addressed To BROUSSARD, BLAINE M Just putting in my prescription pick up Request for the 30mg adderal. Thank you!

Provider: BROUSSARD, BLAINE M   06/19/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A **DOB:** ████████████████████████ **DOS:** 05/21/2020

# FCIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

## Bailey, Waylon A

████████████████████████

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 05/21/2020 |
| | | Time: 02:56 PM |

**Caller**  Waylon Bailey

**Reason**  Medication pick up

**Message**  Addressed To BROUSSARD, BLAINE M How's it going just seeing if I can pick up my prescription for the 30mg adderal this evening and also If I could get my gabapinten and Effexor called into Pearson's in Lecompte. Thanks a lot!

**Refills**  Refill Gabapentin Capsule, 100 MG, Orally, 30, 1 capsule, Once a day, 30, Refills=4

Refill Venlafaxine HCl Tablet, 37.500, Orally, 30, 1 tablet with food, Once a day, 30, Refills=4
Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

---

## eMessages

**From:**  Smith,Lindsey

**Created:**  2020-05-21 14:57:31

**Sent:**

**Subject:**  RE:Medication pick up

**Message:**  NO problem !

---

Provider: BROUSSARD, BLAINE M   05/21/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A **DOB:** ███████████████ **DOS:** 05/21/2020



Bailey, Waylon A

████████████████

Provider: BROUSSARD, BLAINE M

**Telephone**
**Encounter**

**Answered by**   Day, Kitty

Date: 05/21/2020
Time: 02:42 PM

**Message**   ██████

**Action Taken**   Betts,Mendy 5/21/2020 2:51:33 PM > call should have gone to lindey. he wanted meds refilled.

Provider: BROUSSARD, BLAINE M   05/21/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**BAILEY, Waylon A DOB:** ██████████████████ **DOS:** 04/22/2020



Bailey, Waylon A

██████████████████████

Provider: Marcotte, NP, Bridgette Chenevert, NP

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 04/22/2020 |
| | | Time: 10:34 AM |

**Caller**       Waylon Bailey

**Reason**       Medication fill

**Message**     Addressed To BROUSSARD, BLAINE M Just checking in to pick up my adderall 30mg and call in request for trazadone to Pearson's drugs. Also wanted to ask if my counseling/therapist app has been set up. Thank you!

**Refills**     Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

Refill Trazodone HCl Tablet, 50 MG, Orally, 30 Tablet(s), 1 tablet at bedtime as needed, Once a day, 30 day(s), Refills=3

## eMessages

**From:**       Smith,Lindsey

**Created:**    2020-04-22 10:40:50

**Sent:**       2020-04-22 10:41:01

**Subject:**    RE:Medication fill

**Message:**    They left a message for us to have you call them back to schedule an appt with you3███████
Adderall will be ready this afternoon
will call pearsons for Traz.

Provider: Marcotte, NP, Bridgette Chenevert, NP    04/22/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A **DOB:** ███████████ **DOS:** 04/20/2020

# F█CIM
FREEDMAN
CLINIC
INTERNAL
MEDICINE

## Bailey, Waylon A

███████████████

Provider: BROUSSARD, BLAINE M

**Telephone Encounter**

**Answered by**    Murphy, Kara

Date: 04/20/2020
Time: 04:20 PM

**Caller**    RIVERS SOLUTION

**Message**    TRIED TO CALL PATIENT WITH APPT NO ANSWER/NO VM ████████

Provider: BROUSSARD, BLAINE M    04/20/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A **DOB:** ███████████    **DOS:** 04/03/2020



## Bailey, Waylon A

█████████████████████████

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 04/03/2020 |
| | | Time: 11:02 AM |

**Caller**          Waylon Bailey

**Reason**          Medication fill

**Message**         Addressed To BROUSSARD, BLAINE M Just checking to see if the Gabapentin and Effexor was called in to Walgreens on Jackson street so I can grab it today. Thank you

**Refills**          Refill Gabapentin Capsule, 100 MG, Orally, 30, 1 capsule, Once a day, 30 day(s)

Refill Venlafaxine HCl Tablet, 37.5 MG, Orally, 30, 1 tablet with food, Once a day, 30 day(s)

### eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2020-04-03 11:08:35 |
| **Sent:** | 2020-04-03 11:08:39 |
| **Subject:** | RE:Medication fill |
| **Message:** | done- we heard they were closed, so let me know if they are and we can send them somewhere else! |

Provider: BROUSSARD, BLAINE M   04/03/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BAILEY, Waylon A **DOB:** ███████████   **DOS:** 03/31/2020



Guarantor: Bailey, Waylon A    Insurance: ██████
HEALTH PLAN Payer ID: ██
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

**Bailey, Waylon A**

03/31/2020                                    TELEHEALTH VISIT : BLAINE M. BROUSSARD, MD

### Current Medications
Taking
- Adderall 30 MG Tablet 1 tablet Orally Twice a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day

### Past Medical History
Attention deficit disorder.
Depression.

### Surgical History
hand surgery

### Family History
none.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *current some day smoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
  Headache denies. Sleep disturbance admits, wakes up frequently at night.
Cardiovascular:
  Chest pain denies.
  Palpitations denies.
Respiratory:
  Cough denies. Shortness of

### Reason for Appointment
1. I phone ██████████

### History of Present Illness
Constitutional:
  Waylon has a telehealth visit today d/t concerns with anxiety, irritability, poor sleep, and feeling tearful and depressed for 1 week. He was arrested 1 week ago d/t a social media post that had gone viral. Since then he has felt disconnected and isolated. He is waking often despite the trazadone. He is fearful of the unknown because he will now have to proceed with court hearings and so on. He denies suicidal or homicidal ideations.
  He is also complaining of shoulder pain and numbness and tingling going down his left arm after being handcuffed for approximately 4 hours.
  Unable to obtain vital signs d/t not having BP cuff at home.

### Examination
General Examination:
  GENERAL APPEARANCE: alert, well hydrated, in no distress , cooperative.
  HEAD: normocephalic, atraumatic.
  EYES: BOTH EYES, normal, conjunctiva clear.
  NOSE: nares patent.
  PSYCH: alert, cooperative with exam, good eye contact, anxious appearing.

### Assessments
1. Situational mixed anxiety and depressive disorder - F43.23
2. Pinched nerve in shoulder - G56.80 (Primary)

### Treatment
**1. Pinched nerve in shoulder**
Start Gabapentin Capsule, 100 MG, 1 capsule, Orally, Once a day, 30 day(s), 30

**2. Situational mixed anxiety and depressive disorder**
Start Venlafaxine HCl Tablet, 37.5 MG, 1 tablet with food, Orally, Once a day, 30 day(s), 30
Referral To:Kim Rivers
    Reason:

**3. Others**
Clinical Notes: I have read and agree with documentation by Kayla Dunn, FNP.

Progress Note: BLAINE M. BROUSSARD, MD   03/31/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BAILEY, Waylon A **DOB:** ███████████████    **DOS:** 03/31/2020

breath at rest denies.
Gastrointestinal:
    Abdominal pain denies.
Nausea denies.
Musculoskeletal:
    Joint pain admits, left
shoulder.
Neurologic:
    Tingling/Numbness admits,
left arm and hand/fingers.
Psychiatric:
    Anxiety admits.  Depressed
mood admits.  Difficulty
sleeping admits, that is waking
frequently.  Stressors admits.

**Follow Up**
4 Weeks

Electronically signed by BLAINE BROUSSARD , MD on
04/06/2020 at 09:24 AM CDT

Sign off status: Completed

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Progress Note: BLAINE M. BROUSSARD, MD    03/31/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

 **Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Telephone Encounter**

| | |
|---|---|
| **Answered by** | Smith, Lindsey |

Date: 03/06/2020
Time: 02:09 PM

**Caller**  patient

**Reason**  refill

**Message**  adderall and trazdone

**Refills**  Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

Refill Trazodone HCl Tablet, 50 MG, Orally, 30 Tablet(s), 1 tablet at bedtime as needed, Once a day, 30 day(s), Refills=3

Patient: Bailey, Waylon A    DOB: ▮▮▮▮    Provider: BROUSSARD, BLAINE M    03/06/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A    Insurance: VANTAGE
HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

02/18/2020                                    Progress Notes:  BLAINE M. BROUSSARD, MD

### Current Medications
Taking
- Adderall 30 MG Tablet 1 tablet Orally Twice a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Attention deficit disorder.
Depression.

### Surgical History
hand surgery

### Family History
none.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a  current some day smoker
Drugs/Alcohol:
Do you drink alcohol?: No.
Miscellaneous:
Exercise: Cardio weight training.

### Allergies
N.K.D.A.

### Hospitalization/Major
### Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
  Fever No.  Headache No.  Sleep disturbance No.  Weight loss No.
Ophthalmologic:
  Vision Loss No.  Eye Pain No.
ENT:
  Ear drainage No.  Sinus drainage No.
Cardiovascular:
  Chest pain at rest No.
Respiratory:

### Reason for Appointment
1. Follow up superficial thrombu to right sapenous vein
2. Pinched nerve

### History of Present Illness
HPI:
New/Follow-up Patient Consult:
  Have you had any falls in the last year? No.
  Waylon is here for follow-up. Last fall he developed superficial thrombophlebitis in the right lower extremity. There is a lot of swelling. Because of the severity of the swelling and acute nature of the thrombus he was started on Eliquis twice daily. He took this for 3 months and has been off of it since. He has been compliant with wearing compression to his bilateral lower extremities. He states the swelling is much improved.
  He is complaining today of some left posterior shoulder or back pain. He states it is painful when he is at rest, better with movement. Does have some muscle tightness in his area. No weakness, no tingling.
  Attention deficit disorder is fairly well controlled with Adderall 30 mg twice daily. He states he is able to focus, able to function at work. No side effects.
  c/o : back pain
  denies : weakness.
Depression Screening:
  PHQ-2 (2015 Edition)
  Little interest or pleasure in doing things?  Not at all

### Vital Signs
Ht 6 ft 2 in, Wt 255 lbs, BP sitting:142/90, HR 64 /min, BMI 32.74 Index, Ht-cm 187.96 cm, Wt-kg 115.67 kg.

### Past Orders
**Imaging:VENOUS EXTREMITY UNILATERAL (Order Date - 10/02/2019) (Collection Date - 10/04/2019)**
  Result: Abnormal

### Examination
General Examination:
  GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
  HEAD: normocephalic, atraumatic.
  EYES: BOTH EYES, normal, conjunctiva clear.
  NOSE:  nares patent.
  NECK/THYROID: no adenopathy or masses, no thyromegaly.
  SKIN: normal, no rashes.
  HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.

Patient: Bailey, Waylon A    DOB:          Progress Note: BLAINE M. BROUSSARD,
MD  02/18/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Cough No.  Shortness of breath at rest No.
**Gastrointestinal:**
  Constipation No.  Nausea No. Vomiting No.  Blood in stool No.
**Genitourinary:**
  Loss of bladder control No.  Blood in urine No.
**Musculoskeletal:**
  Weakness No.  Joint stiffness No.

**Skin:**
  Mole(s) No.
**Neurologic:**
  Dizziness No.  Headache No. Memory loss No.
**Psychiatric:**
  Anxiety No.
**Endocrine:**
  Excessive thirst No.  Heat intolerance No.
**Hematology:**
  Easy bruising No.  Swollen glands No.  Denies Weakness.

LUNGS: clear to auscultation bilaterally, no respiratory distress.
MUSCULOSKELETAL: Right upper extremity: normal ROM, no pain on passive or active ROM. Mild tenderness over left rhomboid.

EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical.
PERIPHERAL PULSES:  normal in all 4 extremities.
NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
PSYCH: alert, oriented, appropriate mood and affect.

## Assessments
1. Embolism and thrombosis of superficial veins of right lower extremity - I82.811 (Primary)
2. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2
3. Physiological insomnia - G47.00
4. Primary insomnia - F51.01

## Treatment
**1. Embolism and thrombosis of superficial veins of right lower extremity**
  IMAGING: DUP VENOUS EXT LOWR UNI-LTD RT (Ordered for 02/18/2020)
    BROUSSARD,BLAINE M 02/18/2020 11:32:45 AM - Cabrini, later this week.

**2. Attention deficit hyperactivity disorder (ADHD), combined type**
Refill Adderall Tablet, 30 MG, 1 tablet, Orally, Twice a day, 30 day(s), 60 Tablet(s), Refills 0, Notes: _____

**3. Primary insomnia**
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30 Tablet(s), Refills 3, Notes: _____

**4. Others**
Notes: Attention deficit disorder: Refill Adderall

Right-sided lower extremity superficial thrombus: Repeat ultrasound, continue compression dressings, no need for coagulation

Left scapular or rhomboid spasm: Advised to seek massage therapy.

## Follow Up
6 Months

Electronically signed by BLAINE BROUSSARD , MD on 02/19/2020 at 11:16 AM CST

Patient: Bailey, Waylon A    DOB: ███    Progress Note: BLAINE M. BROUSSARD, MD   02/18/2020

Sign off status: Completed

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A    DOB: ███████    Progress Note: BLAINE M. BROUSSARD, MD    02/18/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Bailey, Waylon A

███████████████████████

**Provider:** BROUSSARD, BLAINE M

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Adams, Annecy R | Date: 02/03/2020 |
| | | Time: 11:38 AM |

**Caller**         Pam Mercuro

**Reason**         Returned call to patient

**Message**        ████████

**Action Taken**   Mercuro,Pamela 2/3/2020 11:53:41 AM > Requesting a refill on Trazodone and Adderall.
BROUSSARD,BLAINE M 02/03/2020 02:02:04 PM > Ok to give a couple of weeks supply to allow
him to make appointment to be evaluated. Missed last 2 appointments for evaluation.
Mercuro,Pamela 2/3/2020 2:21:12 PM > Pt made aware that 2 weeks of medication have been
approved and he needs to keep follow up appointment on 2/18/2020. Verbalized understanding.

**Refills**        Refill Adderall Tablet, 30 MG, Orally, 28 Tablet, 1 tablet, Twice a day, 14 days, Refills=0

Refill Trazodone HCl Tablet, 50 MG, Orally, 14 Tablet, 1 tablet at bedtime as needed, Once a day, 14
days, Refills=0

---

**Patient:** Bailey, Waylon A    **DOB:** ████████    **Provider:** BROUSSARD, BLAINE M    02/03/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*





**Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 01/06/2020 |
| | | Time: 09:44 AM |

**Caller**          Waylon Bailey

**Reason**         Medication refill

**Message**       Addressed To BROUSSARD, BLAINE M Could I pick up my prescription sometime this morning possibly? Thank you!

**Refills**         Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

## eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2020-01-06 09:50:09 |
| **Sent:** | 2020-01-06 09:50:30 |
| **Subject:** | RE:Medication refill |
| **Message:** | NO problem! |

Patient: Bailey, Waylon A    DOB: ███████    Provider: BROUSSARD, BLAINE M    01/06/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

## Web Encounter

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 12/09/2019 |
| | | Time: 03:35 PM |

**Caller**          Waylon Bailey

**Reason**          Medication refill

**Message**         Addressed To BROUSSARD, BLAINE M Adderal 30mg refill request Just need to know time to pick up thank you!

**Refills**         Refill Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

### eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2019-12-09 15:36:16 |
| **Sent:** | 2019-12-09 15:36:25 |
| **Subject:** | RE:Medication refill |
| **Message:** | after 4:00! |

Patient: Bailey, Waylon A    DOB: █████    Provider: BROUSSARD, BLAINE M    12/09/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Bailey, Waylon A

Provider: Marcotte, NP, Bridgette Chenevert, NP

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Marcotte, NP, Bridgette Chenevert | Date: 11/07/2019 |
| | | Time: 10:33 AM |

**Message**        Print adderall

**Refills**         Continue Adderall Tablet, 30 MG, Orally, 60 Tablet(s), 1 tablet, Twice a day, 30 day(s), Refills=0

Patient: Bailey, Waylon A    DOB: ▮▮▮▮    Provider: Marcotte, NP, Bridgette Chenevert, NP    11/07/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A    Insurance: VANTAGE
HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

11/07/2019                                    Progress Note: BLAINE M. BROUSSARD, MD

### Current Medications
Taking
- Headache Formula BC Power once a day
- Diclofenac Sodium 3 % Gel 1 application to affected area Transdermal Twice a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Adderall 30 MG Tablet 1 tablet Orally Twice a day
- Fluticasone Propionate 50 MCG/ACT Suspension 1 spray in each nostril Nasally twice daily
- Cetirizine HCl 10 MG Tablet 1 tablet Orally Once a day
- Benzonatate 200 MG Capsule 1 capsule Orally Three times a day as needed for cough
- Clindamycin HCl 300 MG Capsule 2 capsules Orally every 8 hrs
- Eliquis 5 MG Tablet as directed Orally Not-Taking
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally twice daily as needed for pain
- Medication List reviewed and reconciled with the patient

### Past Medical History
Attention deficit disorder.
Depression.

### Surgical History
hand surgery

### Family History
none.

### Social History
Tobacco Use:
Tobacco Use/Smoking
    Are you a *current some day smoker*

### Allergies
N.K.D.A.

### Reason for Appointment
1. F/u urgent care visit

### History of Present Illness
New/Follow-up Patient Consult:
    He is following up from urgent care visit last week due to swelling and redness to right lower leg. U/s resulted increased size of superficial thrombus to right greater saphenous vein. He has been taking clindamycin TID and eliquis 5mg TID. Swelling and redness and pain have improved significantly.
    Needs refill on trazodone and Adderall. No problems with meds.

### Vital Signs
Ht 6 ft 2 in, Wt 248 lbs, BMI 31.84 Index, Ht-cm 187.96 cm, Wt-kg 112.49 kg.

### Examination
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
    HEAD: normocephalic, atraumatic.
    EYES: BOTH EYES, normal, conjunctiva clear.
    NOSE: nares patent.
    NECK/THYROID: no adenopathy or masses, no thyromegaly.
    SKIN: normal, no rashes.
    HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
    LUNGS: clear to auscultation bilaterally, no respiratory distress.
    ABDOMEN: bowel sounds present, soft, nontender.
    EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical. Continues with mild swelling to RLE, but significantly improved. No redness or warmth. No pain with palpation. +varicose veins..
    PERIPHERAL PULSES: normal in all 4 extremities.
    NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
    PSYCH: alert, oriented, appropriate mood and affect.

### Assessments
1. Embolism and thrombosis of superficial veins of right lower extremity - I82.811
2. Cellulitis of right lower leg - L03.115
3. Physiological insomnia - G47.00 (Primary)
4. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2

### Treatment
**1. Physiological insomnia**
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30 Tablet, Refills 0, Notes: _____

Patient: Bailey, Waylon A    DOB:          Progress Note: BLAINE M. BROUSSARD, MD    11/07/2019

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
    Fever No.  Headache No.  Sleep disturbance No.  Weight loss No.
Ophthalmologic:
    Vision Loss No.  Eye Pain No.
ENT:
    Ear drainage No.  Sinus drainage No.
Cardiovascular:
    Heart racing No.  Chest pain at rest No.  Chest pain with exertion No.

Respiratory:
    Cough No.  Shortness of breath at rest No.  Shortness of breath with exertion No.  Wheezing No.
Gastrointestinal:
    Abdominal pain No.  Constipation No.  Diarrhea No.  Nausea No.  Vomiting No.  Blood in stool No.
Genitourinary:
    Loss of bladder control No.  Blood in urine No.  Difficulty urinating No.  Painful urination No.
Musculoskeletal:
    Weakness No.  Joint stiffness No.  Joint pain No.  Joint swelling No.
Skin:
    Mole(s) No.  Itching No.  Rash No.

Neurologic:
    Dizziness No.  Headache No.  Memory loss No.  Loss of strength No.  Irritability No.
Psychiatric:
    Anxiety No.  Depressed mood No.  Suicidal thoughts No.
Endocrine:
    Cold intolerance No.  Excessive thirst No.  Frequent urination No.  Heat intolerance No.
Hematology:
    Easy bruising No.  Swollen glands No.  Bleeding problems No.

**2. Embolism and thrombosis of superficial veins of right lower extremity**
Notes: Decrease eliquis to 5mg BID. Complete 2 months of eliquis then repeat ultrasound.

Wear compression stockings as directed daily.

May return to work.

**3. Cellulitis of right lower leg**
Notes: Continue clindamycin TID until Monday (to complete 10 days).

**4. Others**
Clinical Notes: I have read and agree with documentation by Bridgette Marcotte, FPN.

**Follow Up**
2 Months (Reason: F/u superficial thrombus to right saphenous)

Electronically signed by BLAINE BROUSSARD , MD on 11/11/2019 at 04:50 PM CST

Sign off status: Completed

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

---

Patient: Bailey, Waylon A   DOB ▮▮▮▮▮   Progress Note: BLAINE M. BROUSSARD, MD   11/07/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Bailey, Waylon A

Provider: BROUSSARD, BLAINE M

**Web Encounter**

**Answered by**   Smith, Lindsey

Date: 10/11/2019
Time: 03:23 PM

**Caller**         Waylon Bailey

**Reason**         Contact Pearsons drug pharmacist

**Message**        Addressed To BROUSSARD, BLAINE M How's it going, could Dr. B or his NP maybe call the pharmacist for Pearsons in Lecompte. The adderal was switched to XR and my insurance isn't complying with something with the change. Thanks a ton

**Refills**        Stop Adderall XR Capsule Extended Release 24 Hour, 30 MG, Orally, 1 capsule in the morning, bid

Start Adderall Tablet, 30 MG, Orally, 1 tablet, Twice a day

## eMessages

**From:**          Smith,Lindsey

**Created:**       2019-10-11 15:27:09

**Sent:**

**Subject:**       RE:Contact Pearsons drug pharmacist

**Message:**       spoke with pharmacist and it is fixed

Patient: Bailey, Waylon A   DOB: ███████   Provider: BROUSSARD, BLAINE M   10/11/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*


**Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Telephone Encounter**

| | |
|---|---|
| **Answered by** | Day, Kitty |

Date: 10/11/2019
Time: 03:15 PM

**Caller**      PEARSON DRUG

**Message**      776-5649

Patient: Bailey, Waylon A    DOB: ███    Provider: BROUSSARD, BLAINE M    10/11/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Web Encounter**

**Answered by**    Smith, Lindsey

Date: 10/10/2019
Time: 06:46 PM

**Caller**    Waylon Bailey

**Reason**    Re: RE:Medication refill

**Message**    Addressed To BROUSSARD, BLAINE M That's miss Felicia but that's cool. So Monday or are y'all open in the AM _____ On Thu Oct 10 17:06:16 EDT 2019 wrote: adderall has to be picked up felicia :)

---

**eMessages**

**From:**    Smith,Lindsey
**Created:**    2019-10-11 08:03:17
**Sent:**
**Subject:**    RE:Re: RE:Medication refill
**Message:**    It will be ready after 10:30 this morning! The trazadone we were able to call into pearsons

---

Patient: Bailey, Waylon A    DOB: ███████    Provider: BROUSSARD, BLAINE M    10/10/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

 **Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Web Encounter**

**Answered by**    Smith, Lindsey

Date: 10/10/2019
Time: 05:04 PM

**Caller**    Waylon Bailey

**Reason**    Medication refill

**Message**    Addressed To BROUSSARD, BLAINE M Refill for 30mg adderall and trazadone to Pearsons drugs

Patient: Bailey, Waylon A    DOB: ███████    Provider: BROUSSARD, BLAINE M    10/10/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Bailey, Waylon A

**Provider: BROUSSARD, BLAINE M**

**Web Encounter**

| | | |
|---|---|---|
| **Answered by** | Smith, Lindsey | Date: 10/10/2019 |
| | | Time: 04:32 PM |

**Caller**      Waylon Bailey

**Reason**      Medication refill

**Message**      Addressed To BROUSSARD, BLAINE M Medication refill and request to switch pharmacy from Walgreens on Jackson greet to a Pearsons drugs in Lecompte Thank you

**Refills**      Refill Adderall XR Capsule Extended Release 24 Hour, 30 MG, Orally, 60 Capsule, 1 capsule in the morning, bid, 30 days
Refill Trazodone HCl Tablet, 50 MG, Orally, 30, 1 tablet at bedtime as needed, Once a day, 30 day(s), Refills=0

## eMessages

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2019-10-10 16:47:31 |
| **Sent:** | 2019-10-10 16:48:18 |
| **Subject:** | RE:Medication refill |
| **Message:** | which medication do you need refill? |

| | |
|---|---|
| **From:** | Smith,Lindsey |
| **Created:** | 2019-10-10 17:05:57 |
| **Sent:** | 2019-10-10 17:06:16 |
| **Subject:** | RE:Medication refill |
| **Message:** | adderall has to be picked up felicia :) |

Patient: Bailey, Waylon A    DOB: ███    Provider: BROUSSARD, BLAINE M    10/10/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Patient: Bailey, Waylon A    DOB: ███████ Provider: BROUSSARD, BLAINE M    10/10/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Provider: BROUSSARD, BLAINE M

**Telephone Encounter**

**Answered by**   Marcotte, NP, Bridgette Chenevert

Date: 10/04/2019
Time: 12:21 PM

**Refills**   Continue Tramadol HCl Tablet, 50 MG, Orally, 14 Tablet, 1 tablet as needed, twice daily as needed for pain, 7 day(s), Refills=0

Patient: Bailey, Waylon A   DOB: ███   Provider: BROUSSARD, BLAINE M   10/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Bailey, Waylon A

Guarantor: Bailey, Waylon A    Insurance: VANTAGE
HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

09/20/2019                          Progress Notes:  BLAINE M. BROUSSARD, MD

## Current Medications
Taking
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Adderall 30 MG Tablet 1 Orally Twice a day
- Headque Formula BC Power once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Attention deficit disorder.
Depression.

## Surgical History
hand surgery

## Family History
none.

## Social History
Tobacco Use:
Tobacco Use/Smoking
   Are you a  current smoker
Drugs/Alcohol:
Do you drink alcohol?: Twice per month.
Miscellaneous:
Exercise: Weight training, 5 days per week, 5 years.

## Allergies
N.K.D.A.

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
   Change in appetite No.  Fever No.
Headache Yes.  Lightheadedness No.
Sleep disturbance No.  Weight loss No.

Ophthalmologic:
   Vision Loss No.  Blurred vision No.

## Reason for Appointment
1. Follow up

## History of Present Illness
HPI:
Depression Screening:
   PHQ-2 (2015 Edition)
      Little interest or pleasure in doing things?  Several days
      Feeling down, depressed, or hopeless?  Several days
New/Follow-up Patient Consult:
   Venous Doppler was negative for DVT.
   Patient is here to follow up on right leg pain and venous Doppler results.
   Have you had any falls in the last year? No.
   Do you have any trouble with any of your medications? No.

## Vital Signs
Ht 6 ft 2 in, Wt 255 lbs, BP 142/100 mm Hg, HR 80 /min, BMI 32.74 Index, Oxygen sat % 99, Ht-cm 187.96 cm, Wt-kg 115.77 kg.

## Past Orders
Lab:CMP*

| | | |
|---|---|---|
| Collection Date | 09/19/2019 | 08/13/2019 |
| Order Date | 09/19/2019 | 08/13/2019 |
| Result: | Abnormal | Normal |
| Glucose | 90.0 | 80.0 |
| | (76.0-110.0 mg/dL) | (76.0-110.0 mg/dL) |
| Urea Nitrogen | 23.0  H | 18.0 |
| | (8.0-22.0 mg/dL) | (8.0-22.0 mg/dL) |
| Creatininine | 1.200 | 1.200 |
| | (0.600-1.300 mg/dL) | (0.600-1.300 mg/dL) |
| Albumin | 4.30 | 4.60 |
| | (3.80-4.60 g/dL) | (3.80-4.60 g/dL) |
| Total Protein | 7.10 | 7.30 |
| | (6.60-8.20 g/dL) | (6.60-8.20 g/dL) |
| Calcium | 9.10 | 9.90 |
| | (8.90-10.20 g/dl) | (8.90-10.20 mg/dl) |
| Total Bilirubin | 0.50 | 0.40 |
| | (0.20-1.10 mg/dL) | (0.20-1.10 mg/dL) |
| ALT | 39.0 | 54.0  H |
| | (15.0-49.0 U/L) | (15.0-49.0 U/L) |
| AST | 43.0  H | 42.0 |
| | (15.0-42.0 U/L) | (15.0-42.0 U/L) |
| Alkaline Phosphatase | 51.0 | 53.0 |
| | (22.0-129.0 U/L) | (22.0-129.0 U/L) |
| Sodium | 140.0 | 141.0 |
| | (138.0-145.0 mmol/L) | (138.0-145.0 mmol/L) |

Patient: Bailey, Waylon A    DOB: ▮▮▮▮    Progress Note: BLAINE M. BROUSSARD, MD   09/20/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Eye Pain No.

ENT:
 Ear drainage No.  Ear pain No.
Sore throat Yes.  Sinus drainage Yes.

Cardiovascular:
 Heart racing Yes.  Chest pain at rest Yes.  Chest pain with exertion No.

Respiratory:
 Cough No.  Shortness of breath at rest No.  Shortness of breath with exertion No.  Wheezing No.

Gastrointestinal:
 Abdominal pain No.
Constipation No.  Diarrhea No.
Nausea Yes.  Vomiting No.  Blood in stool No.

Genitourinary:
 Loss of bladder control No.  Blood in urine No.  Difficulty urinating No.  Painful urination No.

Musculoskeletal:
 Joint pain No.  Joint stiffness No.
Joint swelling No.  Leg cramps Yes.
Weakness No.

Skin:
 Mole(s) Yes.  Itching No.  Rash No.

Neurologic:
 Dizziness No.  Headache No.
Memory loss No.  Loss of strength No.
Irritability Yes.

Psychiatric:
 Anxiety Yes.  Depressed mood Yes.
Suicidal thoughts No.

Endocrine:
 Cold intolerance No.  Excessive thirst No.  Frequent urination No.
Heat intolerance No.

Hematology:
 Easy bruising No.  Swollen glands No.  Bleeding problems No.

| | | |
|---|---|---|
| Potassium | 4.30 (3.90-5.10 mmol/L) | **5.30  H** (3.90-5.10 mmol/L) |
| Chloride | 104.0 (100.0-108.0 mmol/L) | 102.0 (100.0-108.0 mmol/L) |
| Enzymatic CO2 | 30.0 (24.0-31.0 mmol/L) | 30.0 (24.0-31.0 mmol/L) |
| UR/Creatinine Ratio | 19.17 (0.00-900000.00) | 15.00 (0.00-900000.00) |
| EGFR | 72.75 (ml/min/1.73m2) | 72.80 (ml/min/1.73m2) |

**Lab:CBC***

| | | |
|---|---|---|
| Collection Date | 09/19/2019 | 08/13/2019 |
| Order Date | 09/19/2019 | 08/13/2019 |
| Result: | Normal | Normal |
| WBC | 6.5 (4.1-10.9 K/uL) | 7.9 (4.1-10.9 K/uL) |
| Neutrophils % | 65.8 (37.0-92.0 %) | 57.8 (37.0-92.0 %) |
| Lymphocytes % | 21.6 (10.0-58.5 %) | 28.5 (10.0-58.5 %) |
| MONO% | 9.4 (4.7-12.5 %) | 10.7 (4.7-12.5 %) |
| EOS% | 2.6 (0.7-5.8 %) | 2.5 (0.7-5.8 %) |
| BASO% | 0.6 (0.1-1.2 %) | 0.5 (0.1-1.2 %) |
| RBC | 5.25 (4.20-6.30 M/uL) | 5.59 (4.20-6.30 M/uL) |
| Hemoglobin | 15.4 (12.0-18.0 g/dL) | 16.3 (12.0-18.0 g/dL) |
| Hematocrit | 45.0 (37.0-51.0 %) | 48.7 (37.0-51.0 %) |
| MCV | 85.7 (80.0-97.0 fL) | 87.1 (80.0-97.0 fL) |
| MCH | 29.3 (26.0-32.0 pg) | 29.2 (26.0-32.0 pg) |
| MCHC | 34.2 (31.0-36.0 g/dL) | 33.5 (31.0-36.0 g/dL) |
| RDW | 13.3 (11.5-14.5 %) | 14.5 (11.5-14.5 %) |
| Platelet | 177 (140-440 K/uL) | 203 (140-440 K/uL) |

**Lab:Lipid Panel* (Order Date - 08/13/2019) (Collection Date - 08/13/2019)**

Result: Normal

| | | |
|---|---|---|
| Cholesterol | 170.0 | 0.0-200.0 - mg/dL |
| Triglycerides | 41.0 | 34.0-166.0 - mg/dL |
| Direct HDLC | 42.0 | 37.0-60.0 - mg/dL |
| LDL | 120 | - mg/dL |

**Examination**

General Examination:
 GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
 HEAD: normocephalic, atraumatic.
 EYES: BOTH EYES, normal, conjunctiva clear.

NOSE: nares patent.
NECK/THYROID: no adenopathy or masses, no thyromegaly.
SKIN: normal, no rashes.
HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
LUNGS: clear to auscultation bilaterally, no respiratory distress.
ABDOMEN: no masses palpable, no hepatosplenomegaly, bowel
sounds present, soft, nontender.
EXTREMITIES: no clubbing, cyanosis, or edema, intact and
symmetrical.
PERIPHERAL PULSES: normal in all 4 extremities.
NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
PSYCH: alert, oriented, anxious.

## Assessments

1. Elevated blood pressure reading in office without diagnosis of
hypertension - R03.0 (Primary)
2. Long-term current use of testosterone cypionate - Z79.890
3. Edema of right lower extremity - R60.0
4. Current nicotine use - Z72.0

## Treatment

**1. Elevated blood pressure reading in office without diagnosis of
hypertension**
Stop Adderall Tablet, 30 MG, 1, Orally, Twice a day
Notes: Sent home with a BP log. Instructed to avoid testosterone use.
Encourage to quit smoking. Instructed to stop Adderall.

**2. Edema of right lower extremity**
Notes: Compression stocking use encouraged.

**3. Current nicotine use**
Notes: Smoking cessation education.

**4. Others**
Notes: 09/20/2019 02:04:21 PM >> Patient education was published to
portal (1) Stopping Smoking: Care Instructions. (2) Learning About Benefits
From Quitting Smoking.
Clinical Notes: I have read and agree with documentation by Kayla Dunn,
FNP.

## Follow Up

4 Weeks (Reason: lower extremity swelling, hypertension)

Electronically signed by BLAINE BROUSSARD , MD on
09/24/2019 at 09:39 AM CDT

Sign off status: Completed

**FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.**
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A          ▮▮▮▮▮▮▮▮▮▮ Progress Note: BLAINE M. BROUSSARD,
                                    MD   09/20/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A   Insurance: VANTAGE
HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

09/19/2019

BLAINE M. BROUSSARD, MD

**Assessments**
1. Edema of right lower extremity - R60.0 (Primary)
2. Long-term current use of testosterone cypionate - Z79.890

**Treatment**
**1. Edema of right lower extremity**
   <u>LAB: CMP*</u>  Abnormal

| | | | |
|---|---|---|---|
| Glucose | 90.0 | | 76.0-110.0 - mg/dL |
| **Urea Nitrogen** | **23.0** | **H** | **8.0-22.0 - mg/dL** |
| Creatinine | 1.200 | | 0.600-1.300 - mg/dL |
| Albumin | 4.30 | | 3.80-4.60 - g/dL |
| Total Protein | 7.10 | | 6.60-8.20 - g/dL |
| Calcium | 9.10 | | 8.90-10.20 - mg/dl |
| Total Bilirubin | 0.50 | | 0.20-1.10 - mg/dL |
| ALT | 39.0 | | 15.0-49.0 - U/L |
| **AST** | **43.0** | **H** | **15.0-42.0 - U/L** |
| Alkaline Phosphatase | 51.0 | | 22.0-129.0 - U/L |
| Sodium | 140.0 | | 138.0-145.0 - mmol/L |
| Potassium | 4.30 | | 3.90-5.10 - mmol/L |
| Chloride | 104.0 | | 100.0-108.0 - mmol/L |
| Enzymatic CO2 | 30.0 | | 24.0-31.0 - mmol/L |
| UR/Creatinine Ratio | 19.17 | | 0.00-900000.00 - |
| EGFR | 72.75 | | - ml/min/1.73m2 |

   <u>LAB: CBC*</u>  Normal

| | | | |
|---|---|---|---|
| WBC | 6.5 | | 4.1-10.9 - K/uL |
| Neutrophils % | 65.8 | | 37.0-92.0 - % |
| Lymphocytes % | 21.6 | | 10.0-58.5 - % |
| MONO% | 9.4 | | 4.7-12.5 - % |
| EOS% | 2.6 | | 0.7-5.8 - % |
| BASO% | 0.6 | | 0.1-1.2 - % |
| RBC | 5.25 | | 4.20-6.30 - M/uL |
| Hemoglobin | 15.4 | | 12.0-18.0 - g/dL |
| Hematocrit | 45.0 | | 37.0-51.0 - % |
| MCV | 85.7 | | 80.0-97.0 - fL |
| MCH | 29.3 | | 26.0-32.0 - pg |
| MCHC | 34.2 | | 31.0-36.0 - g/dL |
| RDW | 13.3 | | 11.5-14.5 - % |
| Platelet | 177 | | 140-440 - K/uL |

**2. Long-term current use of testosterone cypionate**
   <u>LAB: PSA-Screening</u>

**Procedure Codes**
36415 VENIPUNCT, ROUTINE*
80053 COMPREHEN METABOLIC PANEL*
85025 COMPLETE CBC W/AUTO DIFF WBC*

---

Patient: Bailey, Waylon A   DOB: ███████   Progress Note: BLAINE M. BROUSSARD,
MD   09/19/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically signed by BLAINE BROUSSARD , MD on
11/04/2019 at 09:31 AM CST

Sign off status: Completed

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A   DOB: ▮▮▮▮▮▮   Progress Note: BLAINE M. BROUSSARD,
MD   09/19/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A    Insurance: VANTAGE HEALTH PLAN Payer ID: 72128
Appointment Facility: FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.

08/13/2019                                          Progress Notes: BLAINE M. BROUSSARD, MD

## Current Medications
Taking
- Adderall 30 MG Tablet 1 Orally Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Attention deficit disorder.
Depression.

## Surgical History
hand surgery

## Family History
none.

## Social History
Tobacco Use:
Tobacco Use/Smoking
    Are you a  *nonsmoker*
Drugs/Alcohol:
Do you drink alcohol?: Very little 2 times per month maximum.
Miscellaneous:
Exercise: Weight training ed cardio 3-4 times per week.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
General/Constitutional:
    Change in appetite No.
Fatigue No.  Fever No.  Headache No.
Lightheadedness No.  Sleep disturbance Yes.  Weight gain No.
Weight loss No.
Ophthalmologic:
    Vision Loss No.  Blurred vision No.
Eye Pain No.
ENT:
    Ear drainage No.  Ear pain No.

## Reason for Appointment
1. ADD follow up, wants to discuss getting Prescription for Trazadone, not getting enough sleep

## History of Present Illness
HPI:
Depression Screening:
    PHQ-2 (2015 Edition)
    Little interest or pleasure in doing things?  *Several days*
New/Follow-up Patient Consult:
    c/o Insomnia
    The symptoms have been occurring  *for months*
    Severity of the symptoms  *is moderate*
    Associated symptoms include  *awakening often during the night*
    Overall condition  *is variable*
    Have you had any falls in the last year? No.
    Do you have any trouble with any of your medications? No.
Pediatric Developmental Evaluation:
ADD Click Thru:
ADD/ADHD/Behavior problems:
    c/o Last complete physical: 1 year ago.
    c/o Last labs: 1 year ago.
    c/o Current medication: Adderall bid.
    c/o Recheck in office: no side effects noted, doing fine on medication.

## Vital Signs
Ht 6 ft 2 in, Wt 245 lbs, BP 148/100 mm Hg, HR 98 /min, BMI 31.45 Index, Oxygen sat % 99, Ht-cm 187.96 cm, Wt-kg 111.23 kg.

## Examination
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
    HEAD: normocephalic, atraumatic.
    EYES: BOTH EYES, normal, conjunctiva clear.
    NOSE: nares patent.
    NECK/THYROID: no adenopathy or masses, no thyromegaly.
    SKIN: normal, no rashes.
    HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
    LUNGS: clear to auscultation bilaterally, no respiratory distress.
    ABDOMEN: no masses palpable, no hepatosplenomegaly, bowel sounds present, soft, nontender.
    EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical.

Patient: Bailey, Waylon A    DOB: ▮▮▮▮    Progress Note: BLAINE M. BROUSSARD, MD  08/13/2019

Sore throat No.  Sinus drainage No.

**Cardiovascular:**
Heart racing No.  Chest pain at rest No.  Chest pain with exertion No.

**Respiratory:**
Cough No.  Shortness of breath at rest No.  Shortness of breath with exertion No.  Wheezing No.

**Gastrointestinal:**
Abdominal pain No.  Constipation No.  Diarrhea No.  Nausea No.  Vomiting No.  Blood in stool No.

**Genitourinary:**
Loss of bladder control No.  Blood in urine No.  Difficulty urinating No.  Painful urination No.

**Musculoskeletal:**
Weakness No.  Joint stiffness No.  Joint pain No.  Joint swelling No.

**Skin:**
Mole(s) No.  Itching No.  Rash No.

**Neurologic:**
Dizziness No.  Headache No.  Memory loss No.  Loss of strength No.  Irritability No.

**Psychiatric:**
Anxiety No.  Depressed mood No.  Suicidal thoughts No.

**Endocrine:**
Cold intolerance No.  Excessive thirst No.  Frequent urination No.  Heat intolerance No.

**Hematology:**
Easy bruising No.  Swollen glands No.  Bleeding problems No.

PERIPHERAL PULSES: normal in all 4 extremities.
NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
PSYCH: alert, oriented, appropriate mood and affect.

## Assessments
1. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2 (Primary)
2. Snoring - R06.83
3. Primary insomnia - F51.01
4. Deviated nasal septum - J34.2
5. Encounter for routine adult health examination without abnormal findings - Z00.00

## Treatment
**1. Attention deficit hyperactivity disorder (ADHD), combined type**
Continue Adderall Tablet, 30 MG, 1, Orally, Twice a day, 30 day(s), 60 Tablet, Refills 0

LAB: CMP*

| | | |
|---|---|---|
| Glucose | 80.0 | 76.0-110.0 - mg/dL |
| Urea Nitrogen | 18.0 | 8.0-22.0 - mg/dL |
| Creatininine | 1.200 | 0.600-1.300 - mg/dL |
| Albumin | 4.60 | 3.80-4.60 - g/dL |
| Total Protein | 7.30 | 6.60-8.20 - g/dL |
| Calcium | 9.90 | 8.90-10.20 - mg/dL |
| Total Bilirubin | 0.40 | 0.20-1.10 - mg/dL |
| **ALT** | **54.0** H | **15.0-49.0 - U/L** |
| AST | 42.0 | 15.0-42.0 - U/L |
| Alkaline Phosphatase | 53.0 | 22.0-129.0 - U/L |
| Sodium | 141.0 | 138.0-145.0 - mmol/L |
| **Potassium** | **5.30** H | **3.90-5.10 - mmol/L** |
| Chloride | 102.0 | 100.0-108.0 - mmol/L |
| Enzymatic CO2 | 30.0 | 24.0-31.0 - mmol/L |
| UR/Creatinine Ratio | 15.00 | 0.00-900000.00 - |
| EGFR | 72.80 | - ml/min/1.73m2 |

LAB: CBC*

| | | |
|---|---|---|
| WBC | 7.9 | 4.1-10.9 - K/uL |
| Neutrophils % | 57.8 | 37.0-92.0 - % |
| Lymphocytes % | 28.5 | 10.0-58.5 - % |
| MONO% | 10.7 | 4.7-12.5 - % |
| EOS% | 2.5 | 0.7-5.8 - % |
| BASO% | 0.5 | 0.1-1.2 - % |
| RBC | 5.59 | 4.20-6.30 - M/uL |
| Hemoglobin | 16.3 | 12.0-18.0 - g/dL |
| Hematocrit | 48.7 | 37.0-51.0 - % |
| MCV | 87.1 | 80.0-97.0 - fL |
| MCH | 29.2 | 26.0-32.0 - pg |
| MCHC | 33.5 | 31.0-36.0 - g/dL |
| RDW | 14.5 | 11.5-14.5 - % |
| Platelet | 203 | 140-440 - K/uL |

**2. Primary insomnia**
Start Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30, Refills 0

**3. Encounter for routine adult health examination without abnormal findings**

LAB: Lipid Panel*

| | | |
|---|---|---|
| Cholesterol | 170.0 | 0.0-200.0 - mg/dL |
| Triglycerides | 41.0 | 34.0-166.0 - mg/dL |
| Direct HDLC | 42.0 | 37.0-60.0 - mg/dL |
| LDL | 120 | - mg/dL |

Patient: Bailey, Waylon A    DOB: ▮▮▮▮    Progress Note: BLAINE M. BROUSSARD, MD   08/13/2019

**Procedure Codes**
80053 COMPREHEN METABOLIC PANEL*
36415 VENIPUNCT, ROUTINE*
80061 LIPID PANEL*
85025 COMPLETE CBC W/AUTO DIFF WBC*

**Follow Up**
6 Months (Reason: Insomnia, ADHD)

Electronically signed by BLAINE BROUSSARD , MD on
08/16/2019 at 08:32 AM CDT

**Sign off status: Completed**

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A    DOB: ███████    Progress Note: BLAINE M. BROUSSARD,
MD    08/13/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A    Insurance: VANTAGE HEALTH PLAN Payer ID: 72128
Appointment Facility: Freedman Clinic Internal Medicine

08/02/2018                    Progress Notes:  BLAINE M. BROUSSARD, MD

## Current Medications
Taking
- Adderall 30 MG Tablet 1 Orally bid
- Lidocaine-Prilocaine 2.5-2.5 % Cream as directed Externally
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Mobic 15 MG Tablet 1 tablet Orally Once a day
- Voltaren 1 % Gel Apply 2 grams to affected area as directed Transdermal up to four times a day as needed

## Review of Systems
General/Constitutional:
   Chills denies. Fatigue denies. Fever denies.
Ophthalmologic:
   Blurred vision denies. Diplopia denies.
ENT:
   Decreased hearing denies. Ear pain denies. Nasal congestion denies. Nose/Throat problems denies.
Cardiovascular:
   Chest pain at rest denies. Palpitations denies. Swelling in hands/feet denies.
Respiratory:
   Cough denies. Dyspnea at rest denies. Wheezing denies.
Gastrointestinal:
   Abdominal pain denies. Constipation denies. Diarrhea denies. Nausea denies. Vomiting denies.
Genitourinary:
   Blood in urine denies. Dysuria denies.
Musculoskeletal:
   Joint pain denies. Joint swelling denies.
Skin:
   Rash denies. Skin lesion (s) denies.

### Reason for Appointment
1. Elevated bp

### History of Present Illness
New/Follow-up Patient Consult:
   Pt presents to clinic today for f/u due to elevated BP reading and pulse rate obtained per last clinic visit. Pt is to have vital signs retaken today, and if WNL, may proceed with prescription for ADHD medication - see documentation per patient's last visit.

### Vital Signs
Ht **6 ft 2 in**, Wt **254 lbs**, BP **sitting:142/79**, HR **142/79** /min, RR **66** /min, BMI **32.61** Index, Ht-cm **187.96 cm**, Wt-kg **115.32 kg**.

### Past Orders
Lab:CMP*

| Collection Date | 08/02/2018 | 07/19/2018 | 05/18/2018 |
|---|---|---|---|
| Order Date | 08/02/2018 | 07/19/2018 | 05/18/2018 |
| Result: | Normal | Abnormal | Abnormal |
| Glucose | **57.0  L** (76.0-110.0 mg/dL) | 99.0 (76.0-110.0 mg/dL) | **69.0  L** (76.0-110.0 mg/dL) |
| Urea Nitrogen | 12.0 (8.0-22.0 mg/dL) | 17.0 (8.0-22.0 mg/dL) | 22.0 (8.0-22.0 mg/dL) |
| Creatinine | 1.000 (0.600-1.300 mg/dL) | 1.200 (0.600-1.300 mg/dL) | 1.200 (0.600-1.300 mg/dL) |
| Albumin | 4.50 (3.80-4.60 g/dL) | 4.30 (3.80-4.60 g/dL) | 4.50 (3.80-4.60 g/dL) |
| Total Protein | 7.20 (6.60-8.20 g/dL) | 7.00 (6.60-8.20 g/dL) | 7.00 (6.60-8.20 g/dL) |
| Calcium | 10.10 (8.90-10.20 mg/dl) | 9.90 (8.90-10.20 mg/dl) | 9.80 (8.90-10.20 mg/dl) |
| Total Bilirubin | | | |

Patient: Bailey, Waylon A    DOB:          Progress Note: BLAINE M. BROUSSARD, MD  08/02/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Neurologic:**
    Loss of strength denies.
Tingling/Numbness denies.
**Psychiatric:**
    Depressed mood denies.
Difficulty sleeping denies.
**Endocrine:**
    Cold intolerance denies.
Excessive thirst denies. Heat
intolerance denies.
**Hematology:**
    Bleeding problems denies. Easy
bruising denies.
**Allergy/Immunology:**
    Congestion denies.
Cough denies. Rash denies.
Sneezing denies. Watery
eyes denies.

|  | 0.30 (0.20-1.10 mg/dL) | 0.20 (0.20-1.10 mg/dL) | 0.50 (0.20-1.10 mg/dL) |
|---|---|---|---|
| ALT | 46.0 (15.0-49.0 U/L) | **57.0 H** (15.0-49.0 U/L) | **77.0 H** (15.0-49.0 U/L) |
| AST | 28.0 (15.0-42.0 U/L) | **48.0 H** (15.0-42.0 U/L) | **93.0 H** (15.0-42.0 U/L) |
| Alkaline Phosphatase | 52.0 (41.0-107.0 U/L) | 63.0 (41.0-107.0 U/L) | 49.0 (41.0-107.0 U/L) |
| Sodium | 143.0 (138.0-145.0 mmol/L) | 139.0 (138.0-145.0 mmol/L) | 139.0 (138.0-145.0 mmol/L) |
| Potassium | 5.10 (3.90-5.10 mmol/L) | 4.30 (3.90-5.10 mmol/L) | 4.30 (3.90-5.10 mmol/L) |
| Chloride | 105.0 (100.0-108.0 mmol/L) | 107.0 (100.0-108.0 mmol/L) | **97.0 L** (100.0-108.0 mmol/L) |
| Enzymatic CO2 | 29.0 (24.0-31.0 mmol/L) | 26.0 (24.0-31.0 mmol/L) | 31.0 (24.0-31.0 mmol/L) |
| UR/Creatinine Ratio | 12.00 (0.00-900000.00) | 14.17 (0.00-900000.00) | 18.33 (0.00-900000.00) |
| EGFR | 90.57 (ml/min/1.73m2) | 73.41 (ml/min/1.73m2) | 73.51 (ml/min/1.73m2) |

**Examination**
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress,
comfortable.
    HEAD: normocephalic, atraumatic.
    EYES: BOTH EYES, normal, conjunctiva clear.
    NOSE: nares patent.
    NECK/THYROID: neck supple, full range of motion, no adenopathy
or masses, no thyromegaly, thyroid nontender.
    SKIN: warm and dry, good turgor, no rashes, no suspicious lesions.
    HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
    LUNGS: clear to auscultation bilaterally, no respiratory distress.
    ABDOMEN: no masses palpable, no hepatosplenomegaly, bowel
sounds present, soft, nontender.
    EXTREMITIES: no clubbing, cyanosis, or edema, intact and
symmetrical.
    PERIPHERAL PULSES: normal in all 4 extremities.
    NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
    PSYCH: alert, oriented, appropriate mood and affect.

**Assessments**
1. Transaminitis - R74.0 (Primary)

Patient: Bailey, Waylon A   DOB: ████████   Progress Note: BLAINE M. BROUSSARD,
                                            MD   08/02/2018

2. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2
3. Elevated blood pressure reading in office without diagnosis of hypertension - R03.0

## Treatment
### 1. Transaminitis
LAB: CMP* (Ordered for 08/02/2018)   Normal

| | | | |
|---|---|---|---|
| **Glucose** | **57.0** | **L** | **76.0-110.0 - mg/dL** |
| Urea Nitrogen | 12.0 | | 8.0-22.0 - mg/dL |
| Creatininine | 1.000 | | 0.600-1.300 - mg/dL |
| Albumin | 4.50 | | 3.80-4.60 - g/dL |
| Total Protein | 7.20 | | 6.60-8.20 - g/dL |
| Calcium | 10.10 | | 8.90-10.20 - mg/dl |
| Total Bilirubin | 0.30 | | 0.20-1.10 - mg/dL |
| ALT | 46.0 | | 15.0-49.0 - U/L |
| AST | 28.0 | | 15.0-42.0 - U/L |
| Alkaline Phosphatase | 52.0 | | 41.0-107.0 - U/L |
| Sodium | 143.0 | | 138.0-145.0 - mmol/L |
| Potassium | 5.10 | | 3.90-5.10 - mmol/L |
| Chloride | 105.0 | | 100.0-108.0 - mmol/L |
| Enzymatic $CO_2$ | 29.0 | | 24.0-31.0 - mmol/L |
| UR/Creatinine Ratio | 12.00 | | 0.00-900000.00 - |
| EGFR | 90.57 | | - ml/min/1.73m2 |

Notes: Liver enzymes WNL.

### 2. Attention deficit hyperactivity disorder (ADHD), combined type
Refill Adderall Tablet, 30 MG, 1, Orally, Twice a day, 30 day(s), 60 Tablet, Refills 0

### 3. Elevated blood pressure reading in office without diagnosis of hypertension
Notes: BP and pulse rate decreased per last visit. See vital signs. Continue to monitor BP and pulse rate accordingly.

### 4. Others
Notes:
I have read and agree with documentation by Ansley Hughes, FNP..
Clinical Notes:
.

### Follow Up
4-6 weeks (Reason: ADHD, Elevated BP readings, Elevated liver enzymes)

Patient: Bailey, Waylon A   DOB ▮▮▮▮   Progress Note: BLAINE M. BROUSSARD,
MD   08/02/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/BRITNI~1.PAT/AppData/Local/Temp/6RPFXBTR.htm

5/24/2021

J.1 _54

Electronically signed by BLAINE BROUSSARD , MD on 08/07/2018 at 12:16 PM CDT

Sign off status: Completed

---

Freedman Clinic Internal Medicine
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

---

Patient: Bailey, Waylon A    DOB: ██████    Progress Note: BLAINE M. BROUSSARD, MD    08/02/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A    Insurance: VANTAGE HEALTH PLAN Payer ID: 72128
Appointment Facility: Freedman Clinic Internal Medicine

07/19/2018                          Progress Notes:  BLAINE M. BROUSSARD, MD

## Current Medications
Taking
- Adderall 30 MG Tablet 1 Orally bid
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Lidocaine-Prilocaine 2.5-2.5 % Cream as directed Externally
Discontinued
- Lidocaine-Prilocaine 2.5-2.5 % Kit Apply 2.5 grams over 20 to 25 cm of skin surface area for at least 1 hour as directed Externally once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Attention deficit disorder.
Depression.

## Surgical History
hand surgery

## Family History
none.

## Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
Chills denies. Fatigue denies.
Fever denies.
Ophthalmologic:
Blurred vision denies.
Diplopia denies.
ENT:
Decreased hearing denies. Ear pain denies. Nasal congestion denies.
Nose/Throat problems denies.
Cardiovascular:

## Reason for Appointment
1. Follow-up

## History of Present Illness
New/Follow-up Patient Consult:
Pt presents to clinic today requesting to restart ADHD medication, was previously taking Adderall 30 mg BID. States stopped taking medication in February 2018 in attempt to go without medication and see if tolerable. Reports decreased focus/concentration over the past 2-3 months. Pt's job is in the agriculture/nursery field, partakes in manual physical labor outdoors daily, which he states requires a high level of focus. Further reports hx of hyperactivity, with a recent increase in inability to remain on topic with social interaction/conversation.
25 year old male presents with c/o Joint pain
The joint pain  *began weeks ago*
The joint pain is located  *in both elbows*
The severity of the joint pain  *is moderate*
The character of the pain is  *achy,sharp,and is intermittent,with mild decrease in activities of daily living Sharp, shooting pain*
Aggravating factors include  *exercise,overuse*
Associated factors include  *joint pain,joint stiffness To both elbows*
Medication(s) for joint pain include  *nonsteroidal anti-inflammatory drugs Minimal to no benefit*
Overall condition  *is worsening*
Anxiety
The anxiety has been present for  *months*
The anxiety started  *gradually and has gotten worse*
The severity of the anxiety  *is moderate*
The nature of the anxiety  *is a fear of losing control,is a feeling of panic,is a feeling of worry*
Aggravating factors include  *being in a crowded space Occasional*
Alleviating factors include  *use of prescription medications*
Associated symptoms include  *depression,headache*
Medication(s) include  *Zoloft 50 mg daily*
Prior testing include  *thyroid function tests*
Overall condition  *is improving*
Depression
The depression has been present for  *months Onset with death of grandfather in October 2017. Hx of depression at 17 y/o, reports*

Patient: Bailey, Waylon A    DOB: ███████    Progress Note: BLAINE M. BROUSSARD, MD  07/19/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Chest pain at rest denies.
Palpitations denies. Swelling in hands/feet denies.
Respiratory:
Cough denies. Dyspnea at rest denies. Wheezing denies.
Gastrointestinal:
Abdominal pain denies.
Constipation denies. Diarrhea denies. Nausea denies. Vomiting denies.
Genitourinary:
Blood in urine denies.
Dysuria denies.
Musculoskeletal:
Joint pain admits, see HPI. Joint swelling denies.
Skin:
Rash denies. Skin lesion(s) denies.
Neurologic:
Loss of strength denies.
Tingling/Numbness denies.
Psychiatric:
Depressed mood denies. Difficulty sleeping denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies.
Hematology:
Bleeding problems denies. Easy bruising denies.
Allergy/Immunology:
Congestion denies. Cough denies. Rash denies. Sneezing denies. Watery eyes denies.

took Paxil in the past with minimal effectiveness.
The depression started *in young adulthood*
The severity of the symptoms *is moderate*
The nature of the depression is described as *depressed mood,irritable mood,lack of energy,no interest in usual activities*
Aggravating factors include *family stressors,recent losses* *Gradual worsening since death of grandfather in October 17 and recent increased life stressors, disruption in family dynamics*
Alleviating factors include *antidepressant medications,physical activity*
Associated symptoms include *early morning awakening,insomnia*
Medication(s) include *zoloft*
Prior testing include *a CBC (complete blood count),a chemistry profile,thyroid function tests*
Overall condition *is improving*
ADD/ADHD/Behavior problems:

## Vital Signs
Ht 6 ft 2 in, Wt 254 lbs, BP sitting :164/98, HR 101 /min, BMI 32.61 Index, Ht-cm 187.96 cm, Wt-kg 115.21 kg.

## Examination
General Examination:
GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
HEAD: normocephalic, atraumatic.
EYES: BOTH EYES, normal, conjunctiva clear.
NOSE: nares patent.
NECK/THYROID: neck supple, full range of motion, no adenopathy or masses, no thyromegaly, thyroid nontender.
SKIN: warm and dry, good turgor, no rashes, no suspicious lesions.
HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.
LUNGS: clear to auscultation bilaterally, no respiratory distress.
ABDOMEN: no masses palpable, no hepatosplenomegaly, bowel sounds present, soft, nontender.
EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical.
PERIPHERAL PULSES: normal in all 4 extremities.
NEUROLOGIC: nonfocal, cooperative with exam, gait normal.
PSYCH: alert, oriented, appropriate mood and affect.

## Assessments
1. Lateral epicondylitis of both elbows - M77.11 (Primary)
2. Depression - F32.9
3. Physiological insomnia - G47.00
4. Transaminitis - R74.0
5. Attention deficit hyperactivity disorder (ADHD), combined type - F90.2
6. Anxiety - F41.9
7. Elevated blood pressure reading in office without diagnosis of hypertension - R03.0, EKG performed in office - reveals no acute findings, WNL.

## Treatment

Patient: Bailey, Waylon A     DOB: ███     Progress Note: BLAINE M. BROUSSARD, MD   07/19/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

### 1. Lateral epicondylitis of both elbows
Start Mobic Tablet, 15 MG, 1 tablet, Orally, Once a day, 14 day(s), 14 Tablet, Refills 0
Start Voltaren Gel, 1 %, Apply 2 grams to affected area as directed, Transdermal, up to four times a day as needed, 30 day(s), 400 Gram, Refills 3
Notes: Instructed pt to wear compression brace as directed. Adjunct tx discussed includes implementation of RICE. Pt verbalizes understanding of devised POC.

### 2. Depression
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day, 30 day (s), 30 Tablet, Refills 3

### 3. Transaminitis
LAB: CMP* (Ordered for 07/19/2018)   Abnormal

| | | |
|---|---|---|
| Glucose | 99.0 | 76.0-110.0 - mg/dL |
| Urea Nitrogen | 17.0 | 8.0-22.0 - mg/dL |
| Creatininine | 1.200 | 0.600-1.300 - mg/dL |
| Albumin | 4.30 | 3.80-4.60 - g/dL |
| Total Protein | 7.00 | 6.60-8.20 - g/dL |
| Calcium | 9.90 | 8.90-10.20 - mg/dl |
| Total Bilirubin | 0.20 | 0.20-1.10 - mg/dL |
| **ALT** | **57.0**  **H** | **15.0-49.0 - U/L** |
| **AST** | **48.0**  **H** | **15.0-42.0 - U/L** |
| Alkaline Phosphatase | 63.0 | 41.0-107.0 - U/L |
| Sodium | 139.0 | 138.0-145.0 - mmol/L |
| Potassium | 4.30 | 3.90-5.10 - mmol/L |
| Chloride | 107.0 | 100.0-108.0 - mmol/L |
| Enzymatic CO2 | 26.0 | 24.0-31.0 - mmol/L |
| UR/Creatinine Ratio | 14.17 | 0.00-900000.00 - |
| EGFR | 73.41 | - ml/min/1.73m2 |

LAB: CMP* (Ordered for 08/09/2018)
Notes: Liver enzymes trending down. Repeat CMP in 3 weeks. Instructed to avoid otc Tylenol and avoid all ETOH consumption. Pt verbalized understanding of devised POC.

### 4. Attention deficit hyperactivity disorder (ADHD), combined type
Notes: Recheck BP and heart rate in 3 weeks at f/u appt. If WNL, ok to restart ADHD medication.

### 5. Elevated blood pressure reading in office without diagnosis of hypertension
Notes: Recheck BP/Pulse in 3 weeks at f/u appt. If WNL, ok to restart ADHD medication.

### 6. Others
Notes:
I have read and agree with documentation by Ansley Hughes, FNP..
Clinical Notes:
.

---

Patient: Bailey, Waylon A   DOB: ▓▓▓▓▓   Progress Note: BLAINE M. BROUSSARD, MD   07/19/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Follow Up**
3 weeks (Reason: Recheck liver enzymes and BP/HR for restart of ADHD meds )

Electronically signed by BLAINE BROUSSARD , MD on 07/23/2018 at 09:55 AM CDT

Sign off status: Completed

Freedman Clinic Internal Medicine
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A    DOB: ███████    Progress Note: BLAINE M. BROUSSARD, MD    07/19/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Bailey, Waylon A**

Guarantor: Bailey, Waylon A   Insurance: VANTAGE HEALTH PLAN Payer ID: 72128
Appointment Facility: Freedman Clinic Internal Medicine

05/18/2018                           Progress Notes:  BLAINE M. BROUSSARD, MD

## Current Medications
Taking
• Adderall 30 MG Tablet 1 Orally bid
• Medication List reviewed and reconciled with the patient

## Past Medical History
Attention deficit disorder.
Depression.

## Surgical History
hand surgery

## Family History
none.

## Social History
Tobacco Use:
Tobacco Use/Smoking
   Are you a  *current every day smoker*

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
   Chills denies.  Fatigue denies.
Fever denies.
Ophthalmologic:
   Blurred vision denies.
Diplopia denies.
ENT:
   Decreased hearing denies.  Ear pain denies.  Nasal congestion denies.
Nose/Throat problems denies.
Cardiovascular:
   Chest pain at rest denies.
Palpitations denies.  Swelling in hands/feet denies.
Respiratory:
   Cough denies.  Dyspnea at rest denies.  Wheezing denies.
Gastrointestinal:
   Abdominal pain denies.

## Reason for Appointment
1. New patient

## History of Present Illness
New/Follow-up Patient Consult:
   25 year old male presents with c/o Anxiety
   The anxiety has been present for  *months*
   The anxiety started  *gradually and has gotten worse*
   The severity of the anxiety  *is moderate*
   The nature of the anxiety  *is a fear of losing control,is a feeling of panic,is a feeling of worry*
   Aggravating factors include  *being in a crowded space Occasional*
   Associated symptoms include *depression,headache,palpitations*
   Overall condition  *is worsening*
   c/o Depression
   The depression has been present for  *months Onset with death of grandfather in October 2017. Hx of depression at 17 y/o, reports took Paxil in the past with minimal effectiveness.*
   The depression started  *in young adulthood*
   The severity of the symptoms  *is moderate*
   The nature of the depression is described as  *depressed mood,irritable mood,lack of energy,no interest in usual activities*
   Aggravating factors include  *family stressors,recent losses Gradual worsening since death of grandfather in October 17 and recent increased life stressors, disruption in family dynamics*
   Associated symptoms include  *early morning awakening,insomnia*
   Overall condition  *is worsening*

## Vital Signs
Ht 6 ft 2 in, Wt 253 lbs, BP sitting :142/82, HR 90 /min, BMI 32.48 Index, Oxygen sat % 99, Ht-cm 187.96 cm, Wt-kg 114.76 kg.

## Examination
General Examination:
   GENERAL APPEARANCE: pleasant, in no acute distress, comfortable.
   HEAD: normocephalic, atraumatic.
   EYES: BOTH EYES, normal, conjunctiva clear.
   NOSE: nares patent.
   NECK/THYROID: no adenopathy or masses, no thyromegaly.
   SKIN: normal, no rashes.

Patient: Bailey, Waylon A   DOB: ▇▇▇   Progress Note: BLAINE M. BROUSSARD, MD   05/18/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Constipation denies.  Diarrhea denies.
Nausea denies.  Vomiting denies.

Genitourinary:

Blood in urine denies.

Dysuria denies.

Musculoskeletal:

Joint pain denies.  Joint swelling denies.

Skin:

Rash denies.  Skin lesion(s) denies.

Neurologic:

Loss of strength denies.

Tingling/Numbness denies.

Psychiatric:

Depressed mood denies.  Difficulty sleeping denies.

Endocrine:

Cold intolerance denies.  Excessive thirst denies.  Heat intolerance denies.

Hematology:

Bleeding problems denies.  Easy bruising denies.

Allergy/Immunology:

Congestion denies.  Cough denies.
Rash denies.  Sneezing denies.  Watery eyes denies.

HEART: regular rate and rhythm, no murmurs, no clicks, no rubs.

LUNGS: clear to auscultation bilaterally, no respiratory distress.

ABDOMEN: no masses palpable, no hepatosplenomegaly, bowel sounds present, soft, nontender.

EXTREMITIES: no clubbing, cyanosis, or edema, intact and symmetrical.

PERIPHERAL PULSES: normal in all 4 extremities.

NEUROLOGIC: nonfocal, cooperative with exam, gait normal.

PSYCH: alert, oriented, appropriate mood and affect.

## Assessments

1. Preventative health care - Z00.00 (Primary)
2. Depression - F32.9
3. Anxiety - F41.9
4. Physiological insomnia - G47.00

## Treatment

**1. Preventative health care**

LAB: CMP*

| | | | |
|---|---|---|---|
| **Glucose** | **69.0** | **L** | **76.0-110.0 - mg/dL** |
| Urea Nitrogen | 22.0 | | 8.0-22.0 - mg/dL |
| Creatininine | 1.200 | | 0.600-1.300 - mg/dL |
| Albumin | 4.50 | | 3.80-4.60 - g/dL |
| Total Protein | 7.00 | | 6.60-8.20 - g/dL |
| Calcium | 9.80 | | 8.90-10.20 - mg/dl |
| Total Bilirubin | 0.50 | | 0.20-1.10 - mg/dL |
| **ALT** | **77.0** | **H** | **15.0-49.0 - U/L** |
| **AST** | **93.0** | **H** | **15.0-42.0 - U/L** |
| Alkaline Phosphatase | 49.0 | | 41.0-107.0 - U/L |
| Sodium | 139.0 | | 138.0-145.0 - mmol/L |
| Potassium | 4.30 | | 3.90-5.10 - mmol/L |
| **Chloride** | **97.0** | **L** | **100.0-108.0 - mmol/L** |
| Enzymatic CO2 | 31.0 | | 24.0-31.0 - mmol/L |
| UR/Creatinine Ratio | 18.33 | | 0.00-900000.00 - |
| EGFR | 73.51 | | - ml/min/1.73m2 |

LAB: Thyroid Profile*

| | | |
|---|---|---|
| T4 | 0.85 | 0.78-2.19 - ng/dL |
| Thyroid Stimulating Hormone | 1.810 | 0.465-4.680 - ulU/mL |

LAB: CBC*

| | | |
|---|---|---|
| WBC | 6.5 | 4.1-10.9 - K/uL |
| Neutrophils % | 59.0 | 37.0-92.0 - % |
| Lymphocytes % | 27.5 | 10.0-58.5 - % |
| MONO% | 10.1 | 4.7-12.5 - % |
| EOS% | 2.8 | 0.7-5.8 - % |
| BASO% | 0.6 | 0.1-1.2 - % |
| RBC | 5.00 | 4.20-6.30 - M/uL |
| Hemoglobin | 14.6 | 12.0-18.0 - g/dL |
| Hematocrit | 44.3 | 37.0-51.0 - % |
| MCV | 88.6 | 80.0-97.0 - fL |
| MCH | 29.2 | 26.0-32.0 - pg |
| MCHC | 33.0 | 31.0-36.0 - g/dL |

| | | |
|---|---|---|
| RDW | 14.2 | 11.5-14.5 - % |
| Platelet | 235 | 140-440 - K/uL |

**2. Depression**
Start Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3

**3. Others**
Notes: I have read and agree with documentation by Bridgette Marcotte, family nurse practitioner.

**Procedure Codes**
80053 COMPREHEN METABOLIC PANEL*
36415 VENIPUNCT, ROUTINE*
84443 ASSAY THYROID STIM HORMONE*
84439 ASSAY OF FREE THYROXINE*
85025 COMPLETE CBC W/AUTO DIFF WBC*

**Follow Up**
4-6 weeks (Reason: MDD, anxiety, lab results )

Electronically signed by BLAINE BROUSSARD , MD on 05/22/2018 at 11:40 AM CDT

Sign off status: Completed

Freedman Clinic Internal Medicine
1337 CENTRE CT
ALEXANDRIA, LA 71301-3405
Tel: 318-445-9331
Fax: 318-619-6899

Patient: Bailey, Waylon A    DOB: ███████    Progress Note: BLAINE M. BROUSSARD, MD    05/18/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Bailey, Waylon A, M, ███ 92

📞 ████

FREEDMAN CLINIC INTERNAL MEDICINE, L.L.P.
176 VERSAILLES BOULEVARD , ALEXANDRIA, LA 71303-2493
📞 318-445-9331

## FINAL RESULT

| Accession ID: ████ | Lab Ref ID: 2399624 |
| --- | --- |
| Order Date: 02/22/2021 | Result Recd: 02/22/2021 13:18:05 |
| Coll. Date: 02/22/2021 10:49:46 | |

Requesting Physician: BROUSSARD, BLAINE  Ordering Physician: BROUSSARD, BLAINE

# Thyroid Profile*

| | NAME | VALUE | REFERENCE RANGE |
| --- | --- | --- | --- |
| F | FT4 | 0.90 | 0.78-2.19 (ng/dL) |
| F | TSH | 1.600 | 0.465-4.680 (uIU/mL) |

Bailey, Waylon A | ████ | M

Accession ID: ████