http://www.westcentralsbest.com/todays_country_1057/news/forest-hill-man-arrested-for-terrorism-following-a-social-media-post/article_0dcb1bba-6af0-11ea-99bb-7b7dee902a02.html

# Forest Hill Man Arrested for Terrorism Following a Social Media Post

Mar 20, 2020



Earlier today the Rapides Parish Sheriff's Office was notified of a social media post that promoted false information related to the ongoing COVID-19 pandemic. The post read:

**SHARE SHARE SHARE ! ! ! ! JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH "THE INFECTED' SHOOT ON SIGHT….Lord have mercy on us all. #Covid9teen #weneedyoubradpit ".**

www.westcentralsbest.com/todays_country_1057/news/forest-hill-man-arrested-for-terrorism-following-a-social-media-post/article_0dcb1bba-6af0-11e... 1/2

J.2_01

Detectives immediately initiated an investigation and identified Waylon Allen Bailey 27, of Forest Hill as a suspect. Bailey was located near his residence and taken into custody without incident.

Bailey was booked into the Rapides Parish Detention Center on one count – Terrorism.

Bailey is currently being detained at the detention center as bond has yet to be set, in reference to the charge.

Sheriff Hilton would like to impress upon everyone that we are all in this together. Communicating false information to alarm or cause other serious disruptions to the general public will not be tolerated.

CORONAVIRUS

# Rapides sheriff's deputies charge writer of false COVID-10 social media post with terrorism



Waylon Bailey

by: KLFY Staff

Posted: Mar 20, 2020 / 02:59 PM CDT / Updated: Mar 20, 2020 / 04:19 PM CDT

RAPIDES PARISH, La. (KLFY) — A Forest Hill man was arrested by Rapides Parish sheriff's deputies after sending out an email that officials said promoted false information.

Waylon Allen Bailey, 27, of Forest Hill was the alleged author of a social media post that said:

> SHARE SHARE SHARE ! ! ! ! JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH "THE INFECTED' SHOOT ON SIGHT….Lord have mercy on us all. #Covid9teen #weneedyoubradpit

Bailey was located near his residence and taken into custody without incident. He was booked into the Rapides Parish Detention Center in reference to one count of terrorism. Bailey is currently being detained at the detention center on $10,000 bond.

Sheriff William Earl Hilton said he would like to again impress upon everyone that we are all in this together. Communicating false information to alarm or cause other serious disruptions to the general public will not be tolerated.

Copyright 2021 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SHARE THIS STORY**

**AROUND THE WEB**

# Forest Hill man arrested in terrorism case

Waylon Allen Bailey (RPSO) (KALB)
Published: Mar. 20, 2020 at 2:51 PM CDT

A Forest Hill man was arrested following a social media post that suggested that RPSO was engaging in false activities.

On Friday, RPSO was notified of a social media post that promoted false information related to the COVID-19 pandemic.

The post read, "SHARE SHARE SHARE ! ! ! ! JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH 'THE INFECTED' SHOOT ON SIGHT....Lord have mercy on us all. #Covid9teen #weneedyoubradpit"

Waylon Allen Bailey, 27, was identified as the suspect. He was shortly after located near his residence and taken into custody without incident.

ADVERTISEMENT

Bailey was booked into the Rapides Parish Detention Center for one count of terrorism.

Bond has been set at $10,000.

Sheriff Hilton responded to the public that "we are all in this together." He also said that communicating false information to alarm or cause other serious disruptions to the general public will not be tolerated.

*Copyright 2020 KALB. All rights reserved.*

1/27/2021  Azt az álhírt terjesztette: a rendőröknek mindenkit le kell lőniük, aki megkapta a koronavírust | Bors Online - Sztárhírek - Bulvár - Krimi - …

Case 1:20-cv-01211-DCJ-JPM   Document 71-3   Filed 01/23/24   Page 6 of 10 PageID #: 745

  



  
0

KORONAVÍRUS    VIDEÓ    18+    SZEXI    FRISS    HOROSZKÓP

      

10 év emlékeit vesztette el az édesanya a horrorbalesetben – saját gyermekeit sem ismeri fel

Formás melleit mutogatja nyaralás közben Nicole Scherzinger – fotó

Lecsukták M. Richárdot, a Dózsa György úti gázolót

Bizarr szexpartira csaptak le a rendőrök: az étterem dolgozói az asztalokon közösültek

# Azt az álhírt terjesztette: a rendőröknek mindenkit le kell lőniük, aki megkapta a koronavírust

Lekapcsolták a rémhírterjesztőt, terroristaként kezelik.

2020.03.22. 18:30 | Bors                    Kommentáld!

 Kövessen minket a Facebookon is!

hirdetés

hirdetés

## FRISS HÍREK

22:30  Csak azért utazott 2000 kilométert a pedofil tanár, hogy egy kislánnyal szexelhessen

21:30  Kislányuk szeme láttára lőtte agyon feleségét a túl szexi TikTok-videók miatt

21:15  Bizarr szexpartira csaptak le a rendőrök: az étterem dolgozói az asztalokon közösültek

21:00  Földönkívüli űrhajót vett filmezett le egy utasszállító repülő pilótája – videó

Cookie / süti kezelés

Oldalunkon HTTP-sütiket használunk a jobb és biztonságosabb működésért. **Testreszabás.**            Rendben

Cookie-kal (sütikkel) kapcsolatos információk

1/27/2021 Azt az álhírt terjesztette a rendőröknek mindenkit le kell lőniük, aki megkapta a koronavírust | Bors Online - Sztárhírek - Bulvár - Krimi - …

Case 1:20-cv-01211-DCJ-JPM   Document 71-3   Filed 01/23/24   Page 7 of 10 PageID #: 746



Ezerszer meggondolja majd magát Waylon Allen Bailey, hogy mivel és hogyan viccelődjön, illetve milyen álhíreket terjesszen. A Louisianában élő 27 éves férfi ugyanis Facebook-oldalán azt terjesztette, hogy hatósági utasításra a **koronavírusos** betegeket azonnal lelövik.



Jelenleg még nem tisztázott, hogy csak ízetlen tréfának szánta-e kiírását, vagy pedig direkt pánikot akart kelteni az amerikai férfi

A járványhelyzetre való tekintettel a rendőrség az Egyesült Államokban is jóval komolyabban veszi az álhírterjesztést és a pánikkeltést, így Bailey-t hamarosan letartóztatták, és terrorizmus vádjával állítják bíróság elé - írja a **CrimeOnline**.

CÍMKÉK: #AKTUÁLIS #KAMU #VÍRUS #ÁLHÍR #TERRORIZMUS #KORONAVÍRUS

2020.03.22. 18:30

### KAPCSOLÓDÓ CIKKEK

Álhír terjedt el a világ legismertebb tévéséről: lányokat futtat, letartóztatták

Elfogták a rendőrök az új koronavírus-járvány kapcsán rémhírt terjesztő férfit

Kamu Majka terjeszt a Facebookon

Szerencsére csak álhír, hogy Idris Elba

---

**Partnereinktől**



CranC-Forte: PaCran + aranyvessző tőzegáfonya-kivonat a felfázás kezelésére, felfázás megelőzésére



FOGBEÜLTETÉS 1 NAP ALATT



30 éve az egészség szolgálatában

hirdetés

hirdetés

hirdetés

**LEGNÉPSZERŰBB**

**MÉG TÖBB CIKK!**

**AJÁNDÉKOZZON BORS-ELŐFIZETÉST!**

---

### Cookie / süti kezelés

Oldalunkon HTTP-sütiket használunk a jobb és biztonságosabb működésért. **Testreszabás.**

Cookie-kal (sütikkel) kapcsolatos információk

Rendben

1/27/2021 Az az álhír terjesztette a rendőröknek mindenkit le kell lőniük, aki megkapta a koronavírust | Borsonline - Sztárhírek - Pletyka - Krimi - …

Case 1:20-cv-01211-DCJ-JPM   Document 71-3   Filed 01/23/24   Page 8 of 10 PageID #: 747

hirdetés

hirdetés



Borsonline - Bors Szórakoztató Napilap

## EZEK IS ÉRDEKELHETNEK

 **Hogy mi történt?! Az oroszátha miatt maradtak el a farsangi bálok Keszthelyen**
LIKEBALATON.HU

 **Hallgatásba burkolózott a baloldal Hiesz György protekciós vakcinája ügyében**
MAGYARNEMZET.HU

 **A cigarettabotrány után Legény Zsolt egy 150 milliós villában próbál elrejtőzni**
HIRTV.HU

 **Jakab Péter egyszemélyes akciója**
MAGYARNEMZET.HU

 **KVÍZ: Tudod, mikorra esnek a mozgó ünnepek?**
UNILIFE.HU

 **Hogyan lesz egy parasztházból vagány balatoni nyaraló?**
LIKEBALATON.HU

 **Itt a magyar megoldás a koronavírus-mutációkra: hetek alatt elkészül a szérum**
BORSONLINE.HU

**Kiderült, erre figyelnek a rendőrök járőrözéskor – Videó!**
METROPOL.HU

## Cookie / süti kezelés

Oldalunkon HTTP-sütiket használunk a jobb és biztonságosabb működésért. **Testreszabás.**   **Rendben**

**Cookie-kal (sütikkel) kapcsolatos információk**

Ad removed. Details

hirdetés



SPORT CELEB AKTUÁLIS TEST ÉS LÉLEK VÉLEMÉNY PR CIKKEK

Előfizetés    Digitális előfizetés    RSS    Impresszum    Médiaajánlat    Bors Extra    Bors Magazinok
Adatvédelmi tájékoztató    Felhasználási feltételek    Süti beállítások

© Bors 2007–2021 Minden jog fenntartva.



## Cookie / süti kezelés

Oldalunkon HTTP-sütiket használunk a jobb és biztonságosabb működésért. **Testreszabás.**    Rendben

**Cookie-kal (sütikkel) kapcsolatos információk**

1/27/2021 Azt az álhírt terjesztette a rendőröknek mindenkit le kell lőniük, aki megkapta a koronavírust | Borsonline - Sztárhírek - Pletyka - Krimi - …

Case 1:20-cv-01211-DCJ-JPM Document 71-3 Filed 01/23/24 Page 10 of 10 PageID #: 749

### Regionális hírportálok

Bács-Kiskun - baon.hu
Baranya - bama.hu
Békés - beol.hu
Borsod-Abaúj-Zemplén - boon.hu
Csongrád - delmagyar.hu
Dunaújváros - duol.hu
Fejér - feol.hu
Győr-Moson-Sopron - kisalfold.hu
Hajdú-Bihar - haon.hu
Heves - heol.hu
Jász-Nagykun-Szolnok - szoljon.hu
Komárom-Esztergom - kemma.hu
Nógrád - nool.hu
Somogy - sonline.hu
Szabolcs-Szatmár-Bereg - szon.hu
Szeged - szegedma.hu
Tolna - teol.hu
Vas - vaol.hu
Veszprém - veol.hu
Zala - zaol.hu

### Közélet

888.hu
hirvilag.hu
mandiner.hu
magyarnemzet.hu
mainap.hu
metropol.hu
szabadfold.hu

### Sport

csupasport.hu
fourfourtwo.hu
nemzetisport.hu

### Gazdaság

agrariumonline.hu
figyelo.hu
vg.hu

### Magazin

astronet.hu
automotor.hu
bravo.hu
dietaesfitnesz.hu
lakaskultura.hu
likebalaton.hu
mindmegette.hu
videkize.hu
vitorlazasmagazin.hu

### Bulvár

borsonline.hu
ripost.hu

### Szolgáltatás

deliapro.hu
gyaszhir.hu
ingatlanbazar.hu
jegyed.hu
mediaworks.hu
megyekartya.hu
szuperinfo.hu
tvmusor.hu

### Cookie / süti kezelés

Oldalunkon HTTP-sütiket használunk a jobb és biztonságosabb működésért. **Testreszabás.**

Rendben

Cookie-kal (sütikkel) kapcsolatos információk