Email or Phone  Password

Sign Up  Log In

Forgot account?

**Related Pages**

**Rapides Parish Sheriff's Office**
March 20, 2020

Earlier today the Rapides Parish Sheriff's Office was notified of a social media post that promoted false information related to the ongoing COVID-19 pandemic. The post was " SHARE SHARE SHARE ! ! ! ! JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH "THE INFECTED' SHOOT ON SIGHT….Lord have mercy on us all. #Covid9teen #weneedyoubradpit ". Detectives immediately initiated an investigation and identified Waylon Allen Bailey 27, of Forest Hill as a suspect. Shortly after, Bailey was located near his residence and taken into custody without incident. Bailey was booked into the Rapides Parish Detention Center in reference to One Count – Terrorizing. Bailey is currently being detained at the detention center as bond has yet to be set, in reference to the charge.

Sheriff Hilton would like to again impress upon everyone that we are all in this together. As well as remind everyone that communicating false information to alarm or cause other serious disruptions to the general public will not be tolerated.

Arrestee:
Waylon Allen Bailey 27
3821 Louisiana Highway 112 Forest Hill, LA

Charge(s):
One Count – Terrorizing

701   1.1K Comments  1.3K Shares

Share

 **Alexandria, La Police Department** — Police Station

 **Pineville Police Department, Lou…** — Police Station

 **Grant Parish Sheriff's Office** — Law Enforcement Agency

 **The Town Talk Alexandria, La.** — Newspaper

 **Louisiana State Police** — Government Organization

 **Cenla Fugitive Recovery Task Fo…** — Interest

 **City of Pineville, La** — Public & Government Service

 **Meteorologist Nick Mikulas** — Scientist

 **Vernon Parish Sheriff Dept** — Police Station

 **KALB Weather** — TV Channel

 **Jeff Davis Parish Sheriff's Office** — Law Enforcement Agency

 **City of Alexandria, Louisiana - G…** — Government Organization

**Pages Liked by This Page**

 **Rapides Regional Medical Center**

**See more of Rapides Parish Sheriff's Office on Facebook**

Log In   or   Create New Account

Share

**Rapides Parish Sheriff's Office**
January 11 at 3:16 PM

UPDATE. UPDATE. UPDATE. Grantham has been located by law enforceme... See More

105 27 Comments 1K Shares

Share

**Rapides Parish Sheriff's Office**
January 9 at 9:48 AM

Please take time this Saturday, January 9th, 2021 to show your appre... See More

242 47 Comments 45 Shares

Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2021

**See more of Rapides Parish Sheriff's Office on Facebook**

Log In or Create New Account

