# Rapides Parish Sheriff's Office

| | |
|---|---|
| **Print Date/Time:** | 03/30/2020 09:38 |
| **Login ID:** | rpsola\randelli |
| **Case Number:** | 2020-00011735 |

Rapides Parish Sheriff's Office
**ORI Number:**  LA0400000

## Case Details:

| Case Number: | 2020-00011735 | | | |
|---|---|---|---|---|
| Location: | 3281 LA 112 | **Incident Type:** | Field Inv | |
| | Forest Hill,LA 71430 | **Occured From:** | 03/20/2020 12:00 | |
| | | **Occured Thru:** | 03/20/2020 12:00 | |
| | | **Reported Date:** | 03/20/2020 13:11 Friday | |
| | | **Status:** | Closed | **Status Date:** 03/30/2020 |
| | | **Disposition:** | Arrest - Adult | **Disposition Date:** 03/30/2020 |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| 91323-lles | 03/21/2020 00:00 | Primary | 91492-Phillips | |

**Associated Cases**    Status

**Modus Operandi**

**Assisting ORIs**    Role

**Solvability Factors**    Weight

## Offenses

Total:

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13C | 14:40.1 | TERRORIZING (F) | 1 |

**Offense #**  1

| Group/ORI: State | Crime Code: 13C | Statute: 14:40.1 | Counts: 1 | |
|---|---|---|---|---|
| Description: TERRORIZING (F) | | | | |
| IBR Seq. No: 1 | | | **Offense Date:** 03/20/2020 | |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Suspect | 1 | Bailey, Waylon Allen | ████████ Forest Hill,LA 71430 | (318 ████ | White | Male | ████ |
| Victim | 1 | Society | 701 MURRARY ST Alexandria,LA | | | | ▓▓ |

J.5 _01



# Rapides Parish Sheriff's Office

Print Date/Time: 03/30/2020 09:38
Login ID: rpsola\randelli
Case Number: 2020-00011735

Rapides Parish Sheriff's Office
ORI Number: LA0400000

## Subject #   1-Suspect

Primary: Yes
Name: Bailey, Waylon Allen
Address:
Forest Hill LA 71430
Primary Phone: (318 ███████

| Suspect Type: | Arrestee | | DOB: | ███████ |
|---|---|---|---|---|
| Race: | White | Sex: Male | | |
| Height: | 5ft 8 in | Weight: 200.0 lbs. | Age: | 27 |
| Eyes: | Blue | Hair: Brown | State: | LA |
| SSN: | ██████ | DVL #: | | |

Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 13C | 14:40.1 | TERRORIZING (F) |

## Subject #   1-Victim

Primary: No
Name: Society
Address: 701 MURRARY ST
Alexandria LA
State:

Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 13C | 14:40.1 | TERRORIZING (F) |

Victim/Offender Relationship

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 9685A | Bailey, Waylon Allen | ████████████ | 03/30/2020 14:00 | On-View | 27 |

Arrest #   9685 A

Name: Bailey, Waylon Allen
Address:
Forest Hill, LA 71430

Phone: (318)664-1418

Location: ███████████

| Date/Time: | 03/30/2020 14:00 | Type: | On-View | |
|---|---|---|---|---|
| Race: | White | Sex: | Male | |
| Height: | 5ft 8 in | | | DOB: ███████ |
| Eyes: | Blue | Weight: | 200.0 lbs. | |
| SSN: | ██████ | Hair: | Brown | |
| | | DVL#: | 9750407 | State: LA |

Age at Arrest: 27
Resisted Arrest: No

| Arresting Officers | Bureau | School Resource Officer | Weapon Codes |
|---|---|---|---|
| 91323-llos | | No | Unarmed |

### Arrest Charges

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 1 | State | 13C | 14:40.1 | TERRORIZING (F) |

Counts:
Other ORI: No
Attempt/Commit: Commit

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 2 of 3

## Rapides Parish Sheriff's Department

## Investigation Report Supplemental

RPSO Case File Number: __2020-11735__

Incident Date: __03/20/2020__

Offender(s): __Waylon Bailey__

Detective: __Randell Iles__


On 03/20/2020 a public message was posted on Facebook. The message read; **"SHARE SHARE SHARE !!! JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH THE INFECTED SHOOT ON SIGHT...Lord have mercy on us all."** The message was posted by a Waylon Bailey. I observed and copied the message. See copies of the message attached.

I traveled 37 Paul Cemetery Road Forest Hill, LA. There I made contact with Waylon Bailey. Bailey was advised of his rights per Miranda. Bailey admitted to creating the post. There was no ill will towards the Sheriff's Office; he only meant it as a joke. Bailey opened his phone and showed me the post from his phone. Due to public safety Bailey deleted the post. A recorded statement was taken from Bailey. Bailey was arrested without incident for 1 count of terrorism as defined in Louisiana Revised Statue 14:40.1. He was transported to the Rapides Parish Jail and booked in to the above charge.


Detective Randell Iles