

# Booking Card

## Bailey, Waylon Allen

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 03/30/2020 09:30 | | Rapides Parish Sheriff's Office |
| **Login ID:** | rpsola\randelli | | **ORI Number:** LA0400000 |



*2020-00002036*

| | | | | |
|---|---|---|---|---|
| **Booking #:** | 2020-00002036 | **Booking Date/Time:** | 03/20/2020 15:14 | |
| **Jacket #:** | 80000 | **Inmate #:** | | |
| **Address:** | ▇▇▇▇▇▇▇▇<br>Forest Hill, LA 71430 | | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Phone #:** | (318) ▇▇▇ | **DOB:** | ▇▇▇ | **Race:** | White | | |
| **SSN:** | | **Age:** | 27 | **Sex:** | Male | | |
| **Hair Color:** | Brown | **Eyes:** | Blue | **Height:** | 5ft 8 in | **Weight:** | 200.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Prisoner Type:** | Pre-Trial | **Incarceration Reason:** | On View Arrest | | | |
| **Facility:** | | **Pod/Block:** | | **Cell:** | | **Bed:** |

**Charge:**

| | | | | | |
|---|---|---|---|---|---|
| State | 13C | 14:40.1 | TERRORIZING (F) | | |
| **Offense/Charge Date:** | 03/20/2020 14:00 | | | | |
| **Case Tracking ORI:** | | **Case Tracking #:** | | **Severest:** | No |

| | | | | |
|---|---|---|---|---|
| **Release Date/Time:** | 03/20/2020 16:45 | **Released By:** | 91566 - Taylor | |
| **Release Reason:** | Posted Bond/Bail | **Released to ORI:** | | |
| **Released To:** | Self | **Released To Additional Info:** | RELEASE TO SCOTT FREE BAIL BOND | |

I will have opportunity to contact family or counsel.

**Inmate Signature:** _____

**Booking Officer(s):** # _____   # _____

**Reviewed By:** # _____

_____
Date/Time

J.6 _01