

# Waylon Bailey
The Upper Echelon Bad boy of Horticulture



- Lives in **Forest Hill, Louisiana**
- From **Forest Hill, Louisiana**
- In a relationship with **Brittany Fetter**
- See Waylon's About Info



12:45     LTE



**Waylon Bailey**
1 hr ·

SHARE SHARE SHARE ❗❗❗❗
JUST IN: RAPIDES PARISH SHERIFFS OFFICE HAVE ISSUED THE ORDER, IF DEPUTIES COME INTO CONTACT WITH " THE INFECTED" SHOOT ON SIGHT....Lord have mercy on us all. #Covid9teen #weneedyoubradpitt
😷❌

👍 Like     💬 Comment     ↪ Share

 19

2 shares

**Most Relevant** ⌄


**Brittany Fetter**
I'm cryinggggggggg. I just know people are believing this shit. 😢😢😢
56m   Like   Reply     ♡😆 2


🖊 Author
**Waylon Bailey**
I was born a leader baby they damn sure better
54m   Like   Reply     😆 2

View 1 more reply...


Write a reply...


**Brittany Fetter**
I'm reporting you. 👍😢 2

 Write a comment...     

    

12:45



**Waylon Bailey**
1 hr ·

**Brittany Fetter**
I'm reporting you. 2
1h   Like   Reply

**Brittany Fetter**
I hate you.   2
1h   Like   Reply

**Matthew Thomas Mertens**
Lol and he talking about my post gonna get flagged 👎 he wins
1h   Like   Reply   1

✏ Author
**Waylon Bailey**
**Matthew Thomas Mertens**  this is your fault. YOU MADE ME DO THIS
1h   Like   Reply   2

View 1 more reply...

Write a reply...

**Grant Pratt**
😂😂😂



Write a comment...   GIF  ☺

12:45 

 **Waylon Bailey**
1 hr · 🌐


TENOR

1h    Like    Reply                                      😂 3

   Brittany Fetter Replied · 1 Reply

 **Trent Stokes**
Lol what   👍 1

1h    Like    Reply

 **Dustin Lewis**
Shiiiiiit. Bet 😂 1

1h    Like    Reply

 **Harley ThreeStacks**
Lol                                        😂 1

57m    Like    Reply

 **Ashton Martin**


32m    Like    Reply

Most Relevant is selected, so some comments may have been filtered out.

   Write a comment...    

