## Rapides Parish Sheriff's Department
### Arrest / Booking Sheet

| int No. | Arrest Date | Arrest Time | Booking Date | Booking Time |
|---|---|---|---|---|
| 020-11735 | 3/20/20 | 1400 hrs | | |

ct of Arrest on Street List Street Name and Nearest Cross St.) Social Security Number

Forest Hill LA

 ▓ey Waylon Allen
ct's Address (Street, City, State, Zip)    Forest Hill, LA

Suspects Phone Number 318

| or Birth | Age | Race | Sex | Height | Weight | Hair |
|---|---|---|---|---|---|---|
| | 27 | W | M | 6'2" | 250 | brn |

gin

| | State | State of Birth | Build | | Skin Tone |
|---|---|---|---|---|---|
| | LA | Louisiana | medium | | medium |

tion of Each

t of Kin  William Bailey    Address    Forest Hill LA    Phone No#

resting Officer    ID#    Warrant Yes    Warrant No#
P. Iles    RP392    9133    Arrest ☑NO

harge(s)

1  14:40.1  Terrorizing         6
2                               7
3                               8
4                               9
5                              10

**Comments:**

On 2/20/20 the suspect put up a Facebook Post that
the Rapides Parish Sheriff's Office has orders to "Shoot on
Sight" due to the Corona Virus outbreak. Arrested
without incident.

| | | Receiving Corrections Officer | ID# |
|---|---|---|---|
| Is a Felony Bond Sheet Attached | Yes No | | |