## STATE OF LOUISIANA
Parish of Rapides

☒ RPSO    ☐ LSP    ☐ APD    ☐ PPD    OTHER: _____

Docket# _____    Division # _____    Pin # _____    Booking # _____

Date of Arrest: 3/20/20    Time of Arrest: 1400hrs    ☐ AM ☐ PM

### AFFIDAVIT OF PROBABLE CAUSE FOR ARREST WITHOUT A WARRANT

Before me, the undersigned authority, personally came and appeared ____ R. Des ____
a law enforcement officer, who being first duly sworn, deposed and swears that the following facts support the instant arrest of

Name: Bailey    Waylon    SSN: ███████
       (Last)         (First)      ( Middle)
Address: ████████████    (City,State,Zip) Forest ▒.▒▒ U    How Long? _____
Employment: _____    How Long? _____
Race: W    Sex: M    DOB: ███████    Alias(s): _____

| CHARGES ARRESTED FOR | STATUTE NUMBER: |
|---|---|
| Ct. 1  Terrorizing | 14.40.1 |
| Ct. 2 | |
| Ct. 3 | |
| Ct. 4 | |
| Ct. 5 | |
| Ct. 6 | |

### PROBABLE CAUSE AND FACTS OF ARREST

On 3/20/20 the suspect put up a Facebook Post that Rapides Parish Sheriffs Office has orders to "Shoot on Sight" due to the Corona Virus outbreak. Arrested without incident

CRIMINAL HISTORY  ☐ YES ☒ NO  IF YES DETAILS: _____

PENDING CHARGES  ☐ YES ☒ NO    PROBATION/PAROLE  ☐ YES ☐ NO
COMMENTS: _____

_____
Officer's Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS ____ DAY OF _____ 20____.

_____
(Notary)

### ORDER

The foregoing affidavit considered, probable cause is found to continue to detain the above individual for the charges of:

| | | | | |
|---|---|---|---|---|
| Ct. 1 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | [ ]Scheduled Bond | [ ]Bond Fixed At: ____ |
| Ct. 2 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | [ ]Scheduled Bond | [ ]Bond Fixed At: ____ |
| Ct. 3 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | [ ]Scheduled Bond | [ ]Bond Fixed At: ____ |
| Ct. 4 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | [ ]Scheduled Bond | [ ]Bond Fixed At: ____ |
| Ct. 5 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | [ ]Scheduled Bond | [ ]Bond Fixed At: ____ |
| Ct. 6 [ ]PC As Charged | [ ]No PC | [ ]PC Of Lesser Charge | | |

SPECIAL CONDITIONS OF BOND

HIRE OWN _____    REP. BLL# _____

ATTORNEY: IDB _____    _____, 20____ at _____ o'clock ☐ AM ☐ PM

THUS DONE AND SIGNED this ____ day of _____

_____
JUDGE