**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**NOTICE OF MANUAL ATTACHMENT**

**ATTACHMENTS TO:**   Exhibit List

**DESCRIPTION:**   Flash Drive

**FILED BY:**   Plaintiffs

**FILE DATE:**   January 24, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***NOTICE**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached document is an *original* manual attachment provided by counsel. Please return to the Clerk's Office!

This attachment could not be converted to electronic form. The original will be maintained in the division of the presiding judge, until expiration of appeal delays.

Attachment sent to the DAVID C. JOSEPH DIVISION.

**Prepared by: Yvonna Tice**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WAYLON BAILEY** | **CASE NO. 1:20-CV-01211** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDELL ILES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**IDENTIFICATION OF MANUAL ATTACHMENT**

**GROUP _____ OF _____ GROUPS**

**ATTACHMENTS TO:**   Exhibit List

**DESCRIPTION:**   Flash Drive

**FILED BY:**   Plaintiffs

**FILE DATE:**   January 24, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***NOTICE**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached document is an *original* manual attachment provided by counsel.  Please return to the Clerk's Office!

This attachment could not be converted to electronic form.  The original will be maintained in the division of the presiding judge, until expiration of appeal delays.

Attachment sent to the LAFAYETTE DIVISION.

**Prepared by: Yvonna Tice**

DOCUMENT#:                                                    Received by: Yvonna Tice