UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CASE #: 1:20-CV-01211-DCJ-JPM** |
| V. | JUDGE DAVID C JOSEPH |
| **RANDELL ILES,** **IN HIS INDIVIDUAL CAPACITY** **AND SHERIFF MARK WOOD,** **IN HIS OFFICIAL CAPACITY** **AS A PUBLIC ENTITY** | MAGISTRATE JUDGE JOSEPH PEREZ-MONTES |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, and Plaintiff, WAYLON BAILEY, who respectfully move this Court for dismissal of this action on the basis that the parties have agreed to an amicable settlement of the matter and desire to terminate the proceedings.

| | |
|---|---|
| Respectfully Submitted: | Respectfully Submitted: |
| BIZER & DEREUS, LLC. | PROVOSTY, SADLER & deLAUNAY, APC. |
| BY: /s/ Garret S. DeReus | BY: /s/ H. Bradford Calvit |
| Garret S. DeReus (#35105) | H. BRADFORD CALVIT (#18158) |
| gdereus@bizerlaw.com | bcalvit@provosty.com |
| Andrew D. Bizer (#30396) | ELI J. MEAUX (#33981) |
| andrew@bizerlaw.com | emeaux@provosty.com |
| Emily A. Westermeier (#36294) | 934 Third Street, Suite 800 |
| ewest@bizerlaw.com | Alexandria, LA 71315-3530 |
| 3319 St Claude Ave | P: (318) 445-3133 F: (318) 767-9588 |
| New Orleans, LA 70117 | |
| P: 504-619-9999  F: 504-948-9996 | ATTORNEYS FOR DEFENDANTS, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY |
| ATTORNEYS FOR PLAINTIFF WAYLON BAILEY | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of April, 2024, I electronically filed the foregoing JOINT MOTION TO DISMISS with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

gdereus@bizerlaw.com
andrew@bizerlaw.com
ewest@bizerlaw.com

      I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail to the following non-CM/ECF participants: NONE

                               /s/ H. Bradford Calvit
                               H. BRADFORD CALVIT