UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WAYLON BAILEY                          CASE #: 1:20-CV-01211-DCJ-JPM

V.                                     JUDGE DAVID C JOSEPH

RANDELL ILES,                          MAGISTRATE JUDGE JOSEPH
IN HIS INDIVIDUAL CAPACITY             PEREZ-MONTES
AND SHERIFF MARK WOOD,
IN HIS OFFICIAL CAPACITY
AS A PUBLIC ENTITY

## ORDER OF DISMISSAL

On joint motion of counsel for Defendants, RANDELL ILES and SHERIFF MARK WOOD,

IN HIS OFFICIAL CAPACITY and counsel for Plaintiff, WAYLON BAILEY,  it is:

ORDERED, ADJUDGED AND DECREED that all claims of WAYLON BAILEY, against

Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, in

the above numbered and entitled cause, be and are hereby dismissed, with full prejudice, with the

parties to bear their own court costs.

**THUS DONE AND SIGNED** on this _____ day of _____, 2024, at

Alexandria, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**
**HON. DAVID C. JOSEPH**