UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WAYLON BAILEY** | **CIVIL ACTION NO. 1:20-CV-01211** |
| V. | **JUDGE DAVID C JOSEPH** |
| **RANDELL ILES,** <br> **IN HIS INDIVIDUAL CAPACITY** <br> **AND SHERIFF MARK WOOD,** <br> **IN HIS OFFICIAL CAPACITY** <br> **AS A PUBLIC ENTITY** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### ORDER

On joint motion of counsel for Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, and counsel for Plaintiff, WAYLON BAILEY,

IT IS HEREBY ORDERED that all claims of Plaintiff, WAYLON BAILEY, against Defendants, RANDELL ILES and SHERIFF MARK WOOD, IN HIS OFFICIAL CAPACITY, in the above numbered and entitled cause, be and are hereby DISMISSED, WITH PREJUDICE, with the parties to bear their own court costs and attorney's fees.

THUS, DONE AND SIGNED in Chambers on this 17th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE